# EXHIBIT A

RECORDING REQUESTED BY
First American Title Insurance Company
AND WHEN RECORDED MAIL TO:
David Seymour
Ellie Seymour
P.O. Box 757
Santa Ynez, CA. 93460

1999-0057461

Recorded
Official Records
County Of
SANTA BARBARA
KENNETH A. PETTIT
Recorder
LARRY B. HERNAN
Assistant
08:00AM 14-Jul-1999

| REC FEE | 10.00 |
| TAX | 327.25 |
| PCOR | 20.00 |
| GMF | |
| Page 1 of 2 | |

Space Above This Line for Recorder's Use Only

A.P.N.: 141-330-44-00-0          Order No.: 1413430-LAR          Escrow No.: 1413430LAR

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s) THAT DOCUMENTARY TRANSFER TAX IS: COUNTY $327.25
[  ] computed on full value of property conveyed, or
[  ] computed on full value less value of liens or encumbrances remaining at time of sale,
[ X ] unincorporated area: [  ] City of Santa Ynez , and

FOR A VALUABLE CONSIDERATION, Receipt of which is hereby acknowledged,
PAUL E. HERNING, A MARRIED MAN,

hereby GRANT(S) to  DAVID SEYMOUR AND ELLIE SEYMOUR, HUSBAND AND WIFE, AS JOINT TENANTS,

the real property in the [  ] City of Santa Ynez, or [ X ] Unincorporated Area of the, County of Santa Barbara, State of California, described as:

Legal description attached hereto as "Exhibit A" and made a part hereof:

Dated:  6/11/99

Paul E. Herning
Paul E. Herning

STATE OF CALIFORNIA                    )SS
COUNTY OF  Santa Barbara         )
On   June 11, 1999          before me,   WALT MATTHEWS
personally appeared   Paul Herning
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature  Walt Matthews

WALT MATTHEWS
Comm. #1094591
NOTARY PUBLIC - CALIFORNIA
Santa Barbara County
My Comm. Expires Apr. 24, 2000

Mail Tax Statements to:   SAME AS RETURN ADDRESS ABOVE  or  Address Noted Below

# First American Title Insurance Company

## EXHIBIT "A"

**DESCRIPTION:**

All that certain land situated in the State of California in the unincorporated area of the County of Santa Barbara, described as follows:

**PARCEL ONE:**

Parcel A of Parcel Map No. 12,467 in the County of Santa Barbara, State of California, as shown on a map filed in Book 20 at Pages 31 and 32 of Parcel Maps, records of said County.

EXCEPTING therefrom an undivided one-half (1/2) of all oil, mineral and other hydrocarbon substances, including natural gas, in, under and upon said land, as reserved in the deed from John William Anderson, as his sole and separate property, dated September 13, 1965 and recorded September 24, 1965 as Instrument No. 33810 in Book 2122, Page 4 of Official Records.

**PARCEL TWO:**

An easement for ingress, egress, public utilities and incidental purposes over that portion of Parcel B as shown on Parcel Map No. 12467 in the County of Santa Barbara, State of California, as shown on the map filed in Book 30, Pages 31 and 32 of Parcel Maps, in the office of the County Recorder of said County, designated as "Proposed 52' access and public utilities easement"

# EXHIBIT B

RECORDING REQUESTED BY
FIRST AMERICAN TITLE

**RECORDING REQUESTED BY:**
**WORLD SAVINGS BANK**

**WHEN RECORDED MAIL TO:**
**WORLD SAVINGS BANK**
**FINAL DOCUMENTATION**
**CLOSING DEPARTMENT**
**P.O. BOX 659548**
**SAN ANTONIO, TX 78265-9548**

**LOAN NUMBER: 0044773695**

**NOTE AMOUNT: $735,000.00**

3148818

2006-0098601

| Recorded | REC FEE | 55.00 |
| Official Records | | |
| County of | | |
| Santa Barbara | | |
| Joseph E. Holland | | |
| | CD | |
| 08:00AM 20-Dec-2006 | Page 1 of 17 | |

17

FOR RECORDER'S USE ONLY

## DEED OF TRUST

**THIS IS A FIRST DEED OF TRUST WHICH SECURES A NOTE WHICH CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE, FREQUENCY AND AMOUNT OF PAYMENTS AND PRINCIPAL BALANCE (INCLUDING FUTURE ADVANCES AND DEFERRED INTEREST). AT LENDER'S OPTION THE SECURED NOTE MAY BE RENEWED OR RENEGOTIATED. THE SECURED NOTE PROVIDES FOR MONTHLY PAYMENTS OF PRINCIPAL AND INTEREST.**

**THE MAXIMUM AGGREGATE PRINCIPAL BALANCE SECURED BY THIS DEED OF TRUST IS $918,750.00 WHICH IS 125% OF THE ORIGINAL PRINCIPAL NOTE AMOUNT.**

I.      **DEFINITIONS OF WORDS USED IN THIS DEED OF TRUST**
        **(A)   Security Instrument.** This Deed of Trust, which is dated **December 13, 2006,** will be called the "Security Instrument."

        **(B)   Borrower.** DAVID SEYMOUR AND ELLE SEYMOUR, HUSBAND AND WIFE  sometimes will be called "Borrower" and sometimes simply "I" or "me."

        **(C)   Lender.** WORLD SAVINGS BANK, FSB,  ITS SUCCESSORS AND/OR ASSIGNEES, will be called "Lender." Lender is a FEDERAL SAVINGS BANK, which is organized and exists under the laws of the United States. Lender's address is **1901 Harrison Street, Oakland, CA 94612** .

SD001A (2004-03-3)
DEFERRED INTEREST

CA

Page 1

0 0 3

LENDER'S USE ONLY

0044773695

**(D) Note.** The note signed by Borrower and having the same date as this Security Instrument, including all extensions, renewals, substitutions and modifications thereof, will be called the "Note." The Note shows that I owe Lender the original principal amount of U.S. **$735,000.00**, plus accrued and deferred interest and such other amounts as stated in the Note. I have promised to pay this debt in regularly scheduled periodic payments as provided in the Note and to pay the debt in full by **January 1, 2037** ("Maturity Date").

**(E) Property.** The property that is described below in Section III entitled "Description of the Property" will be called the "Property."

**(F) Sums Secured.** The amounts described below in Section II entitled "Borrower's Transfer of Rights in the Property" sometimes will be called the "Sums Secured."

**(G) Person.** Any person, organization, governmental authority or other party will be called "Person."

**(H) Trustor, Beneficiary, Trustee.** Borrower is the "Trustor," Lender is the "Beneficiary" and **Golden West Savings Association Service Co., A California Corporation** is the "Trustee."

## II.   BORROWER'S TRANSFER OF RIGHTS IN THE PROPERTY

I irrevocably grant and convey the Property to the Trustee, in trust for Lender, with a power of sale subject to the terms of this Security Instrument. This means that, by signing this Security Instrument, I am giving Lender and Trustee those rights that are stated in this Security Instrument and also those rights that the law gives to lenders who are beneficiaries of a deed of trust and to trustees of a deed of trust. I am giving Lender and Trustee these rights to protect Lender from possible losses that might result if I fail to:

(i)     pay all amounts owed to Lender under the Note and all other notes secured by this Security Instrument, called the "Secured Notes," including future advances made by Lender and any changes to the Secured Notes made with the written consent of Lender;

(ii)    pay, with interest, any amounts that Lender spends under Paragraphs 2 and 7 below to protect the value of the Property and Lender's rights in the Property; and

(iii)   keep all of my other promises and agreements under this Security Instrument, the Secured Notes and any changes to the Secured Notes made with the written consent of Lender.

## III.   DESCRIPTION OF THE PROPERTY

I give Trustee rights in the Property described below:

(i)   The Property which is located at **3077 SANTA YNEZ AVE, SANTA YNEZ, CA  93460-9764**. The legal description of the Property is attached as Exhibit "A" which is made a part of this Security Instrument. This Property is called the "Described Property."

(ii)   All buildings and other improvements that are located on the Described Property;

SD001B (2004-03-3)
DEFERRED INTEREST                                   Page 2

CA

0044773695

(iii)   All rights in other property that I have as owner of the Described Property. These rights are known as easements, rights and appurtenances attached to the Property;

(iv)   All rents or royalties and other income from the Described Property;

(v)   All mineral, oil and gas rights and profits, water rights and stock that are part of the Described Property;

(vi)   All rights that I have in the land which lies in the streets or roads in front of, behind or next to, the Described Property;

(vii)   All fixtures that are now or in the future will be on the Described Property or on the property described in subsection (ii) of this Section;

(viii)   All of the rights and property described in subsections (ii) through (vii) of this Section that I acquire in the future;

(ix)   All replacements of or additions to the property described in subsections (ii) through (viii) of this Section; and

(x)   All of the amounts that I pay to Lender under Paragraph 2 below.

**IV.     BORROWER'S RIGHT TO GRANT A SECURITY INTEREST IN THE PROPERTY AND BORROWER'S OBLIGATION TO DEFEND OWNERSHIP OF THE PROPERTY**

I promise that: (i) I lawfully own the Property; (ii) I have the right to grant and convey the Property to Trustee; and (iii) there are no outstanding claims, charges, liens or encumbrances against the Property, except for those which are of public record.

I give a general warranty of title to Lender. This means that I will be fully responsible for any losses which Lender suffers because someone other than myself and the Trustee has some of the rights in the Property which I promise that I have. I promise that I will defend my ownership of the Property against any claims of such rights.

## COVENANTS

I promise and I agree with Lender as follows:

**1.     BORROWER'S PROMISE TO PAY**

I will pay to Lender, on time, all principal and interest due under the Secured Notes and any prepayment and late charges due under the Secured Notes.

**2.     PAYMENTS FOR TAXES AND INSURANCE**

(A)   **Borrower's Obligations**

I will pay all amounts necessary to pay taxes and hazard insurance premiums on the Property as well as assessments, leasehold payments, ground rents or mortgage insurance premiums (if any).

SD001C (2004-03-3)

**CA**

**(B)    Escrow Accounts**

0044773695

Subject to applicable law, no escrow shall be required except upon written demand by Lender, in which case, I shall pay to Lender on the day payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes, penalties and assessments which may attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold payments or ground rents on the Property, if any; (c) yearly hazard or property insurance premiums; (d) yearly flood insurance premiums, if any; and (e) yearly mortgage insurance premiums, if any. These items are called "Escrow Items." Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for an escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U.S.C. § 2601 et seq. ("RESPA"), unless another law that applies to the Funds sets a lesser amount. If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount. Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is such an institution) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items. Lender may not charge me for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays me interest on the Funds and/or applicable law permits Lender to make such a charge. However, Lender may require me to pay a one-time charge for an independent real estate tax reporting service used by Lender in connection with this loan, unless applicable law provides otherwise. Unless an agreement is made or applicable law requires interest to be paid, Lender shall not be required to pay me any interest or earnings on the Funds. Lender shall give to me, without charge, an annual accounting of the Funds, showing credits and debits to the Funds and the purpose for which each debit to the Funds was made. The Funds are pledged as additional security for all sums secured by this Security Instrument.

If the Funds held by Lender exceed the amounts permitted to be held by applicable law, Lender shall account to me for the excess Funds in accordance with the requirements of applicable law. If the amount of the Funds held by Lender at any time is not sufficient to pay the Escrow Items when due, Lender may so notify me in writing, and, in such case I shall pay to Lender the amount necessary to make up the deficiency or shortage. I shall make up the deficiency or shortage in accordance with the requirements of the Lender, at its sole discretion, in the manner and times prescribed by RESPA.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to me any Funds held by Lender. If, under Paragraph 28, Lender shall acquire or sell the Property, Lender, prior to the acquisition or sale of the Property, shall apply any Funds held by Lender at the time of acquisition or sale as a credit against the sums secured by this Security Instrument.

0044773695

### 3.   APPLICATION OF BORROWER'S PAYMENTS

Unless applicable law requires otherwise, Lender will apply each of my payments under the Secured Notes and under Paragraphs 1 and 2 above in the following order and for the following purposes:

First, to pay prepayment charges due under the Secured Notes;

Second, to pay any advances due to Lender under this Security Instrument;

Third, to pay the amounts due to Lender under Paragraph 2 above;

Fourth, to pay interest due under the Secured Notes;

Fifth, to pay deferred interest due under the Secured Notes;

Sixth, to pay principal due under the Secured Notes;

Last, to pay late charges due under the Secured Notes.

### 4.   BORROWER'S OBLIGATION TO PAY CHARGES, ASSESSMENTS AND CLAIMS

I will pay all taxes, assessments and any other charges and fines that may be imposed on the Property and that may be superior to this Security Instrument.

I will also make payments due under my lease if I am a tenant on the Property and I will pay ground rents (if any) due on the Property. I will pay these amounts either by making the payments to Lender that are described in Paragraph 2 above or by making the payments on time to the Person owed them.

Any claim, demand or charge that is made against property because an obligation has not been fulfilled is known as a lien. I will promptly pay or satisfy all liens against the Property that may be superior to this Security Instrument. However, this Security Instrument does not require me to satisfy a superior lien if: (A) I agree, in writing, to pay the obligation which gave rise to the superior lien and Lender approves in writing the way in which I agree to pay that obligation; or (B) in good faith, I argue or defend against the superior lien in a lawsuit so that, during the lawsuit, the superior lien may not be enforced and no part of the Property must be given up; or (C) I secure from the holder of that other lien an agreement, approved in writing by Lender, that the lien of this Security Instrument is superior to the lien held by that Person. If Lender determines that any part of the Property is subject to a superior lien, Lender may give to me a notice identifying the superior lien. I will pay or satisfy the superior lien or take one or more of the actions set forth above within 10 days of the giving of notice.

### 5.   BORROWER'S OBLIGATION TO MAINTAIN INSURANCE

At my sole cost and expense, I will obtain and maintain hazard insurance to cover all buildings and other improvements that now are or in the future will be located on the Property. The insurance must cover loss or damage caused by fire, hazards normally covered by "extended coverage" hazard insurance policies and other hazards for which Lender requires coverage. The insurance must be in the amounts and for the periods of time required by Lender. I may choose the insurance company but my choice is subject to Lender's approval. Lender may not refuse to approve my choice unless the refusal is reasonable. All of these insurance policies and renewals of the policies must include what is known as a **Standard Mortgagee Clause** to protect Lender. The form of all policies and renewals must be acceptable to Lender. Lender will have the right to hold the policies and renewals. If Lender requires, I will promptly give Lender all receipts of paid premiums and renewal notices that I receive.

0044773695

If I obtain earthquake insurance, any other hazard insurance, credit life and/or disability insurance, or any other insurance on or relating to the Property or the Secured Notes and which are not specifically required by Lender, I will name Lender as loss payee of any proceeds.

If there is a loss or damage to the Property, I will promptly notify the proper insurance company and Lender. If I do not promptly prove to the insurance company that the loss or damage occurred, then Lender may do so.

The amount paid by the insurance company is called "Proceeds." Any Proceeds received will be applied first to reimburse Lender for costs and expenses incurred in connection with obtaining the Proceeds, and then, at Lender's option and in the order and proportion as Lender may determine in its sole and absolute discretion, regardless of any impairment or lack of impairment of security, as follows: (A) to the extent allowed by applicable law, to the Sums Secured in a manner that Lender determines and/or (B) to the payment of costs and expenses of necessary repairs or to the restoration of the Property to a condition satisfactory to Lender, such application to be made in the manner and at the times as determined by Lender.

If I abandon the Property or if I do not answer, within 30 days, a notice from Lender or the insurance company stating that the insurance company has offered to settle a claim, Lender may collect the Proceeds. I will notify Lender immediately of any offer to settle a claim I receive from the insurance company. I will immediately deliver any Proceeds I receive from any insurer or other persons to Lender. Lender may use the Proceeds to repair or restore the Property or to pay the Sums Secured. The 30-day period will begin when the notice is given.

If any Proceeds are used to reduce the amount of the outstanding balance of the Sums Secured, that use will not delay the due date or change the amount of any of my regularly scheduled payments under the Secured Notes and under Paragraphs 1 and 2 above. However, Lender and I may agree in writing to delays or changes.

If Lender acquires the Property under Paragraph 28 below, all of my rights in the insurance policies will belong to Lender. Also, all of my rights in any Proceeds which are paid because of damage that occurred before the Property is acquired by Lender or sold will belong to Lender. However, Lender's rights in those Proceeds will not be greater than the total amount of the Sums Secured immediately before the Property is acquired by Lender or sold.

If I am required by Lender to pay premiums for mortgage insurance, I will pay the premiums until the requirement for mortgage insurance ends according to my written agreement with Lender or according to law.

6.     **BORROWER'S OBLIGATION TO MAINTAIN THE PROPERTY AND TO FULFILL ANY LEASE OBLIGATIONS**

I will keep the Property in good repair including, but not limited to, keeping the Property free from debris, mold, termites, dry rot and other damaging pests and infestations.  I will not destroy or substantially change the Property and I will not allow the Property to deteriorate. I will keep and maintain the Property in compliance with any state or federal health and safety laws, and hazardous materials and hazardous waste laws. I will not use, generate, manufacture or store any hazardous materials or hazardous waste on, under or about the Property.  I will indemnify, defend and hold harmless Lender and its employees, officers and directors and their successors from any claims, damages or costs for required or necessary repair or the removal of mold, termites, dry rot, other damaging pests and infestations and hazardous waste or any other hazardous materials claim. If I do not own but am a tenant on the Property, I will fulfill my obligations under my lease. I also agree that, if I acquire the fee title to the Property, my lease interest and the fee title will not merge unless Lender agrees to the merger in writing.

SD001F (2004-03-3)                                                                                                    CA

0044773695

### 7.   LENDER'S RIGHT TO PROTECT ITS RIGHTS IN THE PROPERTY

If: (A) I do not keep my promises and agreements made in this Security Instrument, or (B) someone, including me, begins a legal proceeding that may significantly affect Lender's rights in the Property (including but not limited to any manner of legal proceeding in bankruptcy, in probate, for condemnation or to enforce laws or regulations), then Lender may do and pay for whatever it deems reasonable or appropriate to protect the Lender's rights in the Property. Lender's actions may include, without limitation, appearing in court, paying reasonable attorneys' fees, purchasing insurance required under Paragraph 5, above (such insurance may cost more and provide less coverage than the insurance I might purchase), and entering on the Property to make repairs. Lender must give me notice before Lender may take any of these actions. Although Lender may take action under this Paragraph 7, Lender does not have to do so. Any action taken by Lender under this Paragraph 7, will not release me from my obligations under this Security Instrument.

I will pay to Lender any amounts which Lender advances under this Paragraph 7 with interest, at the interest rate in effect under the Secured Notes. I will pay those amounts to Lender when Lender sends me a notice requesting that I do so. Interest on each amount will begin to accrue on the date that the amount is advanced by Lender. However, Lender and I may agree in writing to terms that are different from those in this Paragraph 7. This Security Instrument will protect Lender in case I do not keep this promise to pay those amounts with interest.

### 8.   LENDER'S RIGHT TO INSPECT THE PROPERTY

Lender, and others authorized by Lender, may enter upon and inspect the Property. They must do so in a reasonable manner and at reasonable times. Before or at the time an inspection is made, Lender must give me notice stating a reasonable purpose for the inspection.

### 9.   AGREEMENTS ABOUT GOVERNMENTAL TAKING OF THE PROPERTY

I assign to Lender all my rights: (A) to proceeds of all awards or claims for damages resulting from condemnation, eminent domain or other governmental taking of all or any part of the Property; and (B) to proceeds from a sale of all or any part of the Property that is made to avoid condemnation, eminent domain or other governmental taking of the Property. All of those proceeds will be paid to Lender. If I receive any such proceeds, I will immediately deliver them to Lender.

If all of the Property is taken, the proceeds will be used to reduce the Sums Secured. If any of the proceeds remain after the Sums Secured have been paid in full, the remaining proceeds will be paid to me. Unless Lender and I agree otherwise in writing, if only a part of the Property is taken, Sums Secured will be reduced only by the amount of proceeds multiplied by the following fraction: (A) the total amount of the Sums Secured immediately before the taking, divided by (B) the fair market value of the Property immediately before the taking. The remainder of the proceeds will be paid to me.

If I abandon the Property or if I do not answer, within 30 days, a notice from Lender stating that a governmental authority has offered to make a payment or to settle a claim for damages, Lender has the authority to collect the proceeds and settle the claim. Lender may then use the proceeds to reduce the Sums Secured. The 30-day period will begin when the notice is given.

If any proceeds are used to reduce the amount of the outstanding principal of the Secured Notes, that use will not delay the due date or change the amount of any of my regularly scheduled payments under the Secured Notes and under Paragraphs 1 and 2 above. However, Lender and I may agree in writing to delays or changes.

SD001G (2004-03-3)

CA

0044773695

**10.    CONTINUATION OF BORROWER'S OBLIGATIONS AND OF LENDER'S RIGHTS**

**(A)    Borrower's Obligations**

Lender may allow a Person who takes over my rights and obligations subject to this Security Instrument to delay or to change the amount of the payments of principal and interest due under the Secured Notes or under this Security Instrument. Even if Lender does this, however, that Person and I will both still be fully obligated under the Secured Notes and under this Security Instrument.

Lender may allow those delays or changes for a Person who takes over my rights and obligations, even if Lender is requested not to do so. Lender will not be required to bring a lawsuit against such a Person for not fulfilling obligations under the Secured Notes or under this Security Instrument, even if Lender is requested to do so.

**(B)    Lender's Rights**

Even if Lender does not exercise or enforce any of its rights under this Security Instrument or under the law, Lender will still have all of those rights and may exercise and enforce them in the future. Even if Lender obtains insurance, pays taxes, or pays other claims, charges or liens against the Property, Lender will have the right under Paragraph 28 below to demand that I make immediate payment in full of the Sums Secured.

**11.    OBLIGATIONS OF BORROWER, CO-SIGNORS AND OF PERSONS TAKING OVER BORROWER'S RIGHTS OR OBLIGATIONS**

Except as provided below, if more than one Person signs this Security Instrument as Borrower, each of us is fully obligated to keep all of Borrower's promises and obligations contained in this Security Instrument. Lender may enforce Lender's rights under this Security Instrument against each of us individually or against all of us together. This means that any one of us may be required to pay all of the Sums Secured.

Any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signor"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signor's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signor's consent.

Any Person who takes over my rights or obligations under this Security Instrument will have all of my rights and will be obligated to keep all of my promises and agreements made in this Security Instrument. Similarly, any Person who takes over Lender's rights or obligations under this Security Instrument will have all of Lender's rights and will be obligated to keep all of Lender's agreements made in this Security Instrument.

**12.    MAXIMUM LOAN CHARGES**

If the loan secured by this Security Instrument is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the loan exceed permitted limits, then: (A) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limits and (B) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the outstanding principal balance of the Secured Notes or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge under the Secured Notes.

0044773695

**13. LEGISLATION AFFECTING LENDER'S RIGHTS**

If a change in applicable law would make any provision of the Secured Notes or this Security Instrument unenforceable, Lender may require that I make immediate payment in full of all Sums Secured by this Security Instrument.

**14. NOTICES REQUIRED UNDER THIS SECURITY INSTRUMENT**

Any notice that must be given to me under this Security Instrument will be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method. The notice will be addressed to me at **3077 SANTA YNEZ AVE, SANTA YNEZ, CA 93460-9764**. A notice will be given to me at an alternative address if I give Lender notice of my alternative address. I may give notice to Lender of my alternative address in writing or by calling Lender's customer service telephone number provided on my billing statement. I may designate only one mailing address at a time for notification purposes. Except as permitted above for changes of address, any notice that must be given to Lender under this Security Instrument will be given by mailing it by first class mail to Lender's address stated in Section I.(C) above entitled, "Definitions of Words Used in This Deed of Trust," unless Lender gives me notice of a different address. Any notice required by this Security Instrument is given when it is mailed or when it is delivered according to the requirements of this Paragraph 14 or of applicable law.

**15. GOVERNING LAW; SEVERABILITY**

This Security Instrument and the Secured Notes shall be governed by and construed under federal law and federal rules and regulations, including those for federally chartered savings institutions ("Federal Law") and, to the extent Federal Law does not apply, by the law of the jurisdiction in which the Property is located. In the event that any of the terms or provisions of this Security Instrument or the Secured Notes are interpreted or construed by a court of competent jurisdiction to be void, invalid or unenforceable, such decision shall affect only those provisions so construed or interpreted and shall not affect the remaining provisions of this Security Instrument or the Secured Notes.

**16. BORROWER'S COPY**

I acknowledge the receipt of one conformed copy of the Secured Notes and of this Security Instrument.

**17. LENDER'S RIGHTS TO RENTAL PAYMENTS AND TO TAKE POSSESSION OF THE PROPERTY**

If Lender requires immediate payment in full or if I abandon the Property, then Lender, Persons authorized by Lender, or a receiver appointed by a court at Lender's request may: (A) collect the rental payments, including overdue rental payments, directly from the tenants; (B) enter upon and take possession of the Property; (C) manage the Property; and (D) sign, cancel and change rental agreements and leases. If Lender notifies the tenants that Lender has the right to collect rental payments directly from them under this Paragraph 17, I agree that the tenants may make those rental payments to Lender without having to ask (i) Lender whether I have failed to keep my promises and agreements under this Security Instrument, or (ii) me for my permission to do so.

If Lender acts to have the Property sold after a Breach of Duty as defined in Paragraph 28, I understand and agree that: (A) my right to occupy the Property ceases at the time the Property is sold; (B) I shall have no right to occupy the Property after such sale without the written consent of the new owner of the Property; and (C) my wrongful and unlawful possession of the Property may subject me to monetary damages, including the loss of reasonable rent and the cost of eviction. All rental payments collected by

0044773695

Lender or by a receiver, other than the rent paid by me under this Paragraph 17, will be used first to pay the costs of collecting rental payments and of managing the Property. If any part of the rental payments remains after those costs have been paid in full, the remaining part will be used to reduce the Sums Secured. The costs of managing the Property may include the receiver's fees, reasonable attorneys' fees and the costs of any necessary bonds.

**18.   INJURY TO PROPERTY; ASSIGNMENT OF RIGHTS**

An assignment is a transfer of rights to another. I may have rights to bring legal action against persons, other than Lender, for injury or damage to the Property or in connection with the loan made to me by Lender and which arose or will arise before or after the date of this Security Instrument. These rights to bring legal action may include but are not limited to an action for breach of contract, fraud, concealment of a material fact, or for intentional or negligent acts. I assign these rights, and any and all proceeds arising from these rights, as permitted by applicable law, to Lender. Lender may, at its option, enforce these rights in its own name and may apply any proceeds resulting from this assignment to the Sum Secured and this Security Instrument after deducting any expenses, including attorneys' fees, incurred in enforcing these rights. At the request of Lender, I will sign any further assignments or other documents that may be necessary to enforce this assignment. I will notify Lender immediately if I believe I have the right to bring any such legal action against any persons, and will notify Lender immediately if I assert any claim or demand against or commence any legal action against any such person. If I receive any proceeds from any persons besides Lender in connection with any such claim, demand or legal action, I will immediately deliver such proceeds to Lender.

**19.   CLERICAL ERRORS**

In the event Lender at any time discovers that this Security Instrument, the Secured Notes or any other document related to this loan, called collectively the "Loan Documents," contains an error which was caused by a clerical mistake, calculation error, computer error, printing error or similar error, I agree, upon notice from Lender, to execute such documentation as Lender deems necessary to correct any such error(s) and I also agree that I will not hold Lender responsible for any damage to me which may result from any such error.

**20.   LOST, STOLEN OR MUTILATED DOCUMENTS**

If any of the Loan Documents are lost, stolen, mutilated or destroyed and Lender delivers to me an indemnification in my favor, signed by Lender, then I will sign and deliver to Lender a Loan Document identical in form and content which will have the effect of the original for all purposes.

**21.   WAIVER OF STATUTE OF LIMITATIONS**

I will waive, within applicable law, the pleading of the statute of limitations as a defense to enforce this Security Instrument, including any obligations referred to in this Security Instrument or Secured Notes.

**22.   CAPTIONS**

The captions and headings at the beginning of each paragraph of this Security Instrument are for reference only and will not be used in the interpretation of any provision of this Security Instrument.

**23.   MODIFICATION**

This Security Instrument may be modified or amended only by an agreement in writing signed by Borrower and Lender.

**24.   CONDOMINIUM, COOPERATIVE AND PLANNED UNIT DEVELOPMENT OBLIGATIONS**

If the Property is a unit in a condominium, cooperative or planned unit development, each of which shall be called the "Project," and I have an interest in the common elements of the Project, then Lender and I agree that:

(A)     If an owners association or other entity, called "Owners Association," holds title to Property for the benefit or use of the Project and its members or shareholders, the Property also includes my interest in the Owners Association and the uses, proceeds and benefits of my interest.

SD001J (2004-03-3)                                                                                              CA

0044773695

(B)     The following are called the "Constituent Documents:" (i) The declaration or any other document which created the Project; (ii) By-laws of the Owners Association; (iii) Code of regulations for the Project; (iv) Articles of Incorporation, trust instrument or equivalent document which creates the Owners Association; (v) The Project's covenants, conditions and restrictions; (vi) Other equivalent documents.

I shall perform all of my obligations under the Constituent Documents, including my obligation to pay, when due, all dues and assessments. If I do not pay the dues and assessments when due, Lender may, at its option, pay them. I will pay to Lender any amounts which Lender advances under this Paragraph 24 according to the terms described in Paragraph 7 above.

(C)     If the Owners Association maintains, with an insurance company reasonably acceptable to Lender, a master or blanket policy on the Project which is satisfactory to Lender and which provides insurance coverage on the terms, in the amounts, for the periods, and against the hazards Lender requires, including fire and hazards included within the term "extended coverage," and Lender is provided with evidence of such master or blanket policy, then: (i) Lender waives the provision in Paragraph 2(B) above for the payment to Lender of the estimated yearly premium installments for hazard insurance on the Property; and (ii) hazard insurance coverage on the Property as required by Paragraph 5 above is deemed to be satisfied to the extent that the required coverage is provided by the Owners Association policy. I shall give Lender prompt notice of any lapse in the required hazard insurance coverage. I shall provide a copy of such master or blanket policy to Lender annually.

In the event of a distribution of any hazard insurance proceeds, including without limitation any earthquake or special hazards insurance whether or not such coverage was required by Lender, in lieu of restoration or repair following a loss to the Property, whether to the unit or to common elements, any proceeds payable to me are hereby assigned and shall be paid to Lender for application to the Sums Secured by this Security Instrument, with any excess paid to me. If I receive any such proceeds, I will immediately deliver them to Lender or otherwise apply them as set forth above.

I shall take such actions as may be reasonable to insure that the Owners Association maintains a public liability insurance policy acceptable to Lender in form, amount and extent of coverage.

(D)     I shall not, except after notice to Lender and with Lender's prior written consent, either partition or subdivide the Property or consent to: (i) the abandonment or termination of the Project, except for abandonment or termination required by law in the case of substantial destruction by fire or other casualty or in the case of condemnation, eminent domain or other governmental taking; (ii) any amendment to any provision of Constituent Documents unless the provision is for the express benefit of Lender or of lenders generally; (iii) termination of professional management and assumption of self-management of the Owners Association; or (iv) any action which would have the effect of rendering the master or blanket hazard insurance policy and/or the public liability insurance coverage maintained by the Owners Association unacceptable to Lender.

**25.     FUTURE ADVANCES**
At Borrower's request, Lender, at its option (but before release of this Security Instrument or the full reconveyance of the Property described in the Security Instrument) may lend future advances, with interest, to Borrower. Such future advances, with interest, will then be additional Sums Secured under this Security Instrument.

SD001K (2004-03-3)                                                                 CA

0044773695

**26.    AGREEMENTS ABOUT LENDER'S RIGHTS IF THE PROPERTY IS SOLD OR TRANSFERRED**

<u>Acceleration of Payment of Sums Secured.</u> Lender may, at its option, require immediate payment in full of all Sums Secured by this Security Instrument if all or any part of the Property, or if any right in the Property, is sold or transferred without Lender's prior written permission. Lender also may, at its option, require immediate payment in full if Borrower is not a natural Person and a beneficial interest in Borrower is sold or transferred without Lender's prior written permission. However, Lender shall not require immediate payment in full if this is prohibited by Federal Law in effect on the date of the Security Instrument.

If Lender exercises the option to require immediate payment in full, Lender will give me notice of acceleration. If I fail to pay all Sums Secured by this Security Instrument immediately, Lender may then or thereafter invoke any remedies permitted by this Security Instrument without further notice to or demand on me.

<u>Exception to Acceleration of Payment of Sums Secured.</u> If the sale or transfer of all or any part of the Property, or of a beneficial interest in Borrower, if Borrower is not a natural Person, is the first one to occur after the date of this Security Instrument, Lender will not exercise the option to accelerate payment in full of all Sums Secured and the loan may be assumed if:

(i)     Lender receives a completed written application from transferee to evaluate the creditworthiness of transferee as if a new loan were being made to the transferee by Lender;

(ii)    Lender approves the creditworthiness of the transferee in writing;

(iii)   transferee makes a cash downpayment sufficient to meet Lender's then current underwriting standards;

(iv)    an assumption fee, in an amount to be determined by Lender (but not to exceed 1% of the then outstanding balance of Principal and interest under the Secured Notes at the time of sale or transfer of the Property or of the interest in the Borrower) is paid to Lender; and

(v)     the transferee executes an assumption agreement which is satisfactory to Lender. Such assumption agreement may provide, if required by Lender, that the transferee open a deposit account with Lender or with a bank or other depository institution approved by Lender, to facilitate direct payments if direct payments are required in the Note.

The loan may be assumed under its then existing terms and conditions with one exception; the Lifetime Rate Cap may be changed. The Lifetime Rate Cap shall be changed to an interest rate which is the sum of the interest rate in effect on the date of a sale or transfer of the Property or beneficial interest in Borrower plus 5 percentage points, if that sum exceeds the Lifetime Rate Cap stated in the Secured Notes.

**27.    SUBSTITUTION OF TRUSTEE**

I agree that Lender may at any time appoint a successor trustee and that Person shall become the Trustee under this Security Instrument as if originally named as Trustee.

SD001L (2004-03-3)

CA

0044773695

**28.    RIGHTS OF THE LENDER IF THERE IS A BREACH OF DUTY**

It will be called a "Breach of Duty" if (i) I do not pay the full amount of each regularly scheduled payment on the date it is due; or (ii) I fail to perform any of my promises or agreements under the Note or this Security Instrument; or (iii) any statement made in my application for this loan was materially false or misleading or if any statement in my application for this loan was materially false or misleading by reason of my omission of certain facts; or (iv) I have made any other statement to Lender in connection with this loan that is materially false or misleading. If there is a Breach of Duty by me, Lender may demand an immediate payment of all sums secured.

If there is a Breach of Duty by me, Lender may exercise the power of sale, take action to have the Property sold under applicable law, and invoke such other remedies as may be permitted under any applicable law.

Lender does not have to give me notice of a Breach of Duty. If Lender does not make a demand for full payment of the Sums Secured upon a Breach of Duty, Lender may make a demand for full payment of the Sums Secured upon any other Breach of Duty.

If there is a Breach of Duty, Lender may also take action to have a receiver appointed to collect rents from any tenants on the Property and to manage the Property. The action to appoint a receiver may be taken without prior notice to me and regardless of the value of the Property.

The sale of the Property may be postponed by or at the direction of Lender. If the Property is sold, I agree that it may be sold in one parcel. I also agree that Lender may add to the amount that I owe to Lender all legal fees, costs, allowances, and disbursements incurred as a result of the action to sell the Property.

Lender will apply the proceeds from the sale of the Property in the following order: (A) to all fees, expenses and costs incurred in connection with the sale, including but not limited to trustees' and attorneys' fees, if any; (B) to all Sums Secured by this Security Instrument; and (C) any excess to the Person or Persons legally entitled to it.

**29.    RECONVEYANCE**

Upon payment of all Sums Secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all Secured Notes to Trustee. Trustee shall reconvey the Property without warranty to Borrower. Lender may charge Borrower a reasonable fee for reconveying the Property, but only if the fee is paid to a third party (including the Trustee) for services rendered and the charging of the fee is permitted, whether expressly or by lack of express prohibition, under applicable law. If the fee charged does not exceed any maximum fee set by applicable law, the fee is conclusively presumed to be reasonable.

**30.    STATEMENT OF OBLIGATION**

Lender may collect a fee of $60.00, or such greater maximum amount as may from time to time be allowed by law, for furnishing any statement of obligation with respect to this Security Instrument or the Secured Notes.

SD001M (2004-03-3)

CA

0044773695

**31.    ( X )   QUICK QUALIFYING LOAN PROGRAM**

I have qualified for this loan by making statements of fact which were relied upon by Lender to approve the loan rapidly. This loan is called a "Quick Qualifying Loan." I have stated and I confirm that: (A) I do not have any other Quick Qualifying Loans with Lender; (B) I have agreed to not further encumber the Property and do not intend to further encumber the Property for at least six months after the date of the Secured Notes and this Security Instrument; and (C) if I am purchasing the Property, all of the terms of the purchase agreement submitted to Lender are true and the entire down payment is cash from my own funds.

If any of the statements of fact that I have made are materially false or misleading, I will be in default under the Secured Notes and this Security Instrument. If I am in such default, Lender may, at its option, increase the interest rate and margin subject to the Lifetime Rate Cap stated in the Secured Notes.

**32.    ( X )   OWNER OCCUPANCY**

Lender has relied upon statements of fact which I have made to qualify for this loan. I have stated and confirm that: (A) the Property is my personal and primary residence; (B) I will occupy the Property not later than 30 days after this Security Instrument is recorded; and (C) I will use the Property as my residence for at least 12 months from the date this Security Instrument is recorded.

If any of the statements of fact that I have made are materially false or misleading, I will be in default under the Secured Notes and this Security Instrument. If I am in such default, Lender may, at its option, increase the interest rate and margin, subject to the Lifetime Rate Cap stated in the Secured Notes.

**( X )    VALUE INDICATES THAT THE PARAGRAPH APPLIES.**

**THIS SPACE INTENTIONALLY LEFT BLANK; SIGNATURE PAGE FOLLOWS.**

0044773695

**BY SIGNING BELOW,** I accept and agree to the promises and agreements contained in this Security Instrument and in any rider(s) signed by me and recorded in proper official records.

**(PLEASE SIGN YOUR NAME EXACTLY AS IT APPEARS BELOW)**

**BORROWER(S):**

_____ (Seal)
DAVID SEYMOUR

_____ (Seal)
Elle Seymour

**ATTACH INDIVIDUAL NOTARY ACKNOWLEDGEMENT**

**ACKNOWLEDGMENT**

State of California
County of _SANTA BARBARA_

On _12-14-2006_ before me, _LINDA A. RUEGSEGGER, Notary Public_ ,
(here insert name and title of the officer)

personally appeared _David Seymour and Elle Seymour_ ——

personally known to me (or proved to me on the basis of satisfactory evidence) to be

the person(s) whose name(s) is/are subscribed to the within instrument and

acknowledged to me that he/she/they executed the same in his/her/their authorized

capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),

or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Linda A. Ruegsegger_

LINDA A. RUEGSEGGER
COMM. # 1409328
NOTARY PUBLIC-CALIFORNIA
SANTA BARBARA COUNTY
COMM. EXP. APRIL 5, 2007

(Seal)

WORLD SAVINGS BANK, FSB

# E X H I B I T "A"

## LEGAL DESCRIPTION

LOAN NO. 0044773695

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF SANTA BARBARA STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

PARCEL ONE:

PARCEL A OF PARCEL MAP NO. 12,467, AS SHOWN ON A MAP FILED IN BOOK 20 AT PAGES 31 AND 32 OF PARCEL MAPS, RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF (1/2) OF ALL OIL, MINERAL AND OTHER HYDROCARBON SUBSTANCES, INCLUDING NATURAL GAS, IN, UNDER AND UPON SAID LAND, AS RESERVED IN THE DEED FROM JOHN WILLIAM ANDERSON, AS HIS SOLE AND SEPARATE PROPERTY, DATED SEPTEMBER 13, 1965 AND RECORDED SEPTEMBER 24, 1965 AS INSTRUMENT NO. 33810 IN BOOK 2122, PAGE 4 OF OFFICIAL RECORDS.

PARCEL TWO:

AN EASEMENT FOR INGRESS, EGRESS, PUBLIC UTILITIES AND INCIDENTAL PURPOSES OVER THAT PORTION OF PARCEL B AS SHOWN ON PARCEL MAP NO. 12467 IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP FILED IN BOOK 30, PAGES 31 AND 32 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESIGNATED AS "PROPOSED 52' ACCESS AND PUBLIC UTILITIES EASEMENT".

APN No: 141-330-44

# EXHIBIT C



**2020-0009168**

| | | |
|---|---|---|
| Recorded | REC FEE | 24.00 |
| Official Records | | |
| County of | SB2 HOUSING | 75.00 |
| Santa Barbara | | |
| Joseph E. Holland | | |
| County Clerk Recorder | | |
| | | |
| | MHS | |
| 10:17AM 24-Feb-2020 | Page 1 of 1 | |

***Send All Notices to Assignee***

RECORDING REQUESTED BY:
**WELLS FARGO BANK, N.A.**
**1000 BLUE GENTIAN RD**
**EAGAN, MN 55121**

AND WHEN RECORDED MAIL TO
**WELLS FARGO BANK, N.A.**
**1000 BLUE GENTIAN RD #200**
**MAC: N9289-018**
**EAGAN, MN 55121-4400**
**ATTN: ASSIGNMENT TEAM**

## ASSIGNMENT OF DEED OF TRUST

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **WELLS FARGO BANK, N.A., S/B/M TO WELLS FARGO BANK SOUTHWEST, N.A., F/K/A WACHOVIA MORTGAGE, FSB, F/K/A WORLD SAVINGS BANK, FSB , 1 HOME CAMPUS , DES MOINES, IA 50328** . For VALUE RECEIVED, the undersigned hereby does convey, assign, transfer and set over to: **US BANK TRUST, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST , 888 SEVENTH AVENUE 10TH FLOOR, NEW YORK, NY 10106** , assignee, the described deed of trust, with all interest, all liens, and any rights due or to become due thereon. Said Deed of Trust for **$735000.00** is recorded in the State of **CA** , County of **Santa Barbara** Official Records, dated **12/13/2006** and recorded **12/20/2006** , as Instrument No. **2006-0098601**

Executed by **DAVID SEYMOUR AND ELLE SEYMOUR, HUSBAND AND WIFE** , as Trustors and **WORLD SAVINGS BANK, FSB** as the original beneficiary. Legal Description: **As more fully described in said Deed of Trust.**

Dated: **02/24/2020**
WELLS FARGO BANK, N.A., S/B/M TO WELLS FARGO BANK SOUTHWEST, N.A., F/K/A WACHOVIA MORTGAGE, FSB, F/K/A WORLD SAVINGS BANK, FSB

*Xee Vang*

By: XEE VANG Vice President Loan Documentation

STATE OF MN
COUNTY OF Dakota } s.s.

On **02/24/2020** before me, **MARY E MATHEWSON** , a Notary Public, personally appeared **XEE VANG** , Vice President Loan Documentation of WELLS FARGO BANK, N.A., S/B/M TO WELLS FARGO BANK SOUTHWEST, N.A., F/K/A WACHOVIA MORTGAGE, FSB, F/K/A WORLD SAVINGS BANK, FSB personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

*Mary E Mathewson*

MARY E MATHEWSON, Notary Public
Expires: 01/31/2022

**MARY E MATHEWSON**
**NOTARY PUBLIC - MINNESOTA**
**MY COMMISSION EXPIRES 01/31/2022**

341dd757

# EXHIBIT D



FAY SERVICING

RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS, TX 75261-9063

2/27/20

սիսիդիմիսիիիսիիսիսիլիՍիսիՍիիիՍիիՍիսիրլՍՍ
9-775-12612-0000759-001-1-000-000-000-000



DAVID SEYMOUR
ELLE SEYMOUR
3077 SANTA YNEZ AVE
SANTA YNEZ CA 93460-9764

Account Number: ████9120
RE: 3077  SANTA YNEZ AVE
SANTA YNEZ  CA 93460

### Fair Debt Collections Practices Act (FDCPA) Validation Notice

(1.)  According to Fay Servicing records, including information that has been received from the prior servicer, Wells Fargo Home Mortgage, the amount of your debt as of 2/18/2020 is provided below

(2.)  We are collecting the debt on behalf of: US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust.

(3.)  Current Monthly Payment Amount: $4,480.09

(4.)  Payment Due Date: 01/01/2020

(5.)  Summary of Total Debt:

**Principal Balance, Interest, Escrow and Other Debt**

| | |
|---|---|
| Current Principal Balance: | $655,704.15 |
| Current Deferred Balance: | $0.00 |
| Current Unpaid Accrued Interest: | $7,982.99 |
| Escrow Balance: | $1,174.18 |
| Escrow Advance Balance: | $0.00 |
| Late Charges: | $1,119.66 |
| Other Charges: | $0.00 |
| Partial Payments not yet applied: | $0.00 |
| Total Amount of Debt: | $663,632.62 |

(6.)  The total amount of your debt is subject to change as a result of interest and other charges (such as Late Charges, Legal fees and Costs, and other charges). Please call Fay Servicing at 1-800-495-7166 for a current payoff at the time of any payment.

(7.)  Pursuant to the Federal Fair Debt Collections Practice Act, if you do not notify us within thirty days after receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by Fay Servicing.

(8.)  If you notify Fay Servicing in writing within thirty days after receipt of this notice, that the debt, or any portion thereof, is disputed, Fay Servicing will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you.

(9.)  Upon your written request within thirty days after receipt of this notice, Fay Servicing will provide you with the name and address of the original creditor, if different from the current creditor.

Fay Servicing LLC is a debt collector, and information you provide to us may be used to collect a debt. However, if you have filed for bankruptcy, we will fully respect any applicable automatic stay, modification or discharge. Further, if you filed Chapter 7 bankruptcy, received a discharge, and this loan was not reaffirmed in the bankruptcy case, we will exercise only in rem rights as allowed under applicable law and will not attempt any act to collect, recover or offset the discharged debt as your personal liability. Our office hours are Monday-Thursday 8am-9pm, Friday 8:30am-5pm, and Saturday 10am-4pm, CST. Call today: 1-800-495-7166. NMLS ID# 88244

# EXHIBIT E



RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS,TX 75261-9063

02/27/2020



IlIdllllllllllllllllllllllllllllllllllllllllllllllllllll
2-779-12605-0001735-001-1-000-000-000-000
DAVID SEYMOUR
ELLE SEYMOUR
3077 SANTA YNEZ AVE
SANTA YNEZ CA  93460-9764

Loan Number:          9120
Property Address: 3077 SANTA YNEZ AVE
SANTA YNEZ CA  93460

Dear David Seymour and  Elle Seymour:

If you are having difficulty making your mortgage payments, we may be able to assist you.  If you need help, you may qualify for the
following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your
  monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing.  As an alternative to
foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a
  portion of the loan*.

*Forgiveness of debt may have federal tax consequences.  Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by
contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of
Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 589-4287.

**Here's how it works:**  We will first determine if you are eligible for any available options based on your situation.  **To conduct this
evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all
required documentation. The documents required for loss mitigation may vary depending on the owner of your loan. Your Fay Servicing,
LLC Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are
unable to speak with your Fay Servicing, LLC Account Manager, you may submit the applicable documents listed on the Document
Checklist. You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link,
"Available Assistance Options" or by calling your personal Fay Servicing, LLC Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please
contact us at (800) 495-7166.*

**Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss
mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale
explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven
(37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain
states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such
properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least
fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties
located in the state of California, Nevada, Minnesota, or Georgia all documents required to complete a loss mitigation application
(substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a
borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose.  To the extent your original obligation was
discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not
constitute an attempt to collect a debt or impose personal liability.  Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M.
Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244.  NC residents:  Fay Servicing, LLC, NC
Permit Number 112300  425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.



received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

---

## STEP 1:  GATHER THE INFO WE NEED TO HELP YOU

To take advantage of options available to you, contact us as soon as possible at (800) 495-7166.  To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

---

## STEP 2:  CONTACT US

We want to make exploring your options as easy as possible.  Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

You may also submit your complete Loss Mitigation Application to one of the following locations:

| Mail:<br>Attn: Applications<br>Fay Servicing, LLC<br>425 S. Financial St., Suite 2000<br>Chicago, IL 60605-6011 | Fax:<br>(312) 509-4794 | Email:<br>applications@fayservicing.com |
|---|---|---|

The following mailing address must be used to submit all Notices of Error and Information Requests:

Fay Servicing, LLC
901 S. 2nd Street, Suite 201
Springfield, IL 62704

---

## IMPORTANT NOTICE: We want to help you avoid foreclosure scams.

### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can 'save' your home if you sign or transfer over the deed to your house.  Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244. NC residents:  Fay Servicing, LLC, NC

# EXHIBIT F



Sent Via Certified Mail
9314 7100 1170 1034 3767 35

05/04/2020

David Seymour
Elle Seymour
3077 SANTA YNEZ AVE
SANTA YNEZ, CA 93460-9764

Loan Number:          ▉0120
Property Address:     3077 Santa Ynez Ave
                      Santa Ynez, CA 93460

### NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear David Seymour and Elle Seymour:

This letter is formal notice by Fay Servicing, LLC, the Servicer of the above-referenced loan acting on behalf of US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

If you have questions about any of the items contained in this notice, or need any additional information, please contact Tosha Crockrell at 1-800-495-7166 whom we have designated as your single point of contact.

As of the date of this notice, the total amount required to cure the default is $14,559.93, which consists of the following:

| | |
|---|---:|
| Next Payment Due Date: | 03/01/2020 |
| Total Monthly Payments Due: | $13,440.27 |
| Late Charges: | $1,119.66 |
| Unapplied Balance: | $0.00 |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | $14,559.93 |

You can cure this default by making a payment of $14,559.93 by 06/08/2020. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. For the exact amount you must pay to bring your loan current, please contact Tosha Crockrell at 1-800-495-7166. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:

Fay Servicing, LLC
PO Box 88009
Chicago, IL 60680-1009



W_CA_DEMAND    Rev. 01/2019
Page 1 of 4

9314710011701039376735
RFI054

To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, Fay Servicing, LLC offers consumer assistance programs designed to help resolve delinquencies and avoid foreclosure. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives to foreclosure. If you would like to learn more about these programs, you may contact Tosha Crockrell at 1-800-495-7166 Monday to Thursday 8:00am to 9:00pm CST Friday 8:30am to 5:00pm CST Saturday 10:00am to 4:00pm CST to discuss possible options. You may also visit our website www.fayservicing.com. WE ARE VERY INTERESTED IN ASSISTING YOU.

You have a right to cure the default. To cure the default, you must pay the full amount of the default on this loan by the thirty-fifth (35th) day from the date of this letter which is 06/08/2020 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument and sale of the property.

You have the right to reinstate the loan after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale. If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

You may request from us the following documents:

- A copy of the promissory note;
- A copy of the deed of trust or mortgage;
- A copy of any assignment of the mortgage or deed of trust;
- A copy of your payment history since you were last less than sixty (60) days past due.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Fay Servicing, LLC is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.**

RFI055

Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, please notify Fay Servicing, LLC immediately. When contacting Fay Servicing, LLC as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact Tosha Crockrell toll-free at 1-800-495-7166 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Thank you for your prompt attention to this matter.

Sincerely,

Fay Servicing, LLC
425 S. Financial Place, 20th Floor
Chicago, IL 60605
8004957166



W_CA_DEMAND    Rev. 01/2019
Page 3 of 4

RFI057

# EXHIBIT G



5/13/2020

DAVID SEYMOUR
ELLE SEYMOUR
3077 SANTA YNEZ AVE
SANTA YNEZ, CA 93460

RE:     Acknowledgment of Incomplete Loss Mitigation Application
        Loan Number ▮▮▮▮▮0120

Dear Borrower(s):

This letter is in response to a recent discussion you had with your Account Manager regarding a request for loss mitigation assistance. Please understand that while your discussion with your Account Manager has initiated the application process, your Loss Mitigation Application is currently considered incomplete. In order to be evaluated for all loss mitigation options available to you, you must submit a complete Loss Mitigation Application which consists of all of the documentation listed for your circumstance below by 06/12/2020:**

If you cannot provide all required documentation, you must include a written explanation for all missing documentation.

If you have any questions, please call us toll free at 800-495-7166 or call your Account Manager Trecia Smith directly at (630) 282-7638.

## To apply for assistance, complete and provide the following documents to Fay Servicing:

- ☐ Completed and signed Borrower Assistance Form
- ☐ Proof of current Homeowner's Insurance if you do NOT currently have an escrow or impound account to pay your hazard insurance
- ☐ Completed and signed Form 4506T (EZ)

## Hardship Verification

If your hardship is due to the divorce or legal separation of a borrower or non-borrower contributor, provide a copy of any of the following:

- ☐ Divorce decree (or other court decree)
- ☐ Legal Separation Agreement for borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law



RFI070

If your hardship is due to the death of a borrower or non-borrower contributor, please submit one of the following:

- ☐ Death certificate
- ☐ Obituary or newspaper article reporting the death

## Income Verification

The required documentation depends on your source(s) of income. The questions and direction below will tell you what documents are needed to verify your income. Be sure to make copies of your income documentation and keep the originals for your records.

**If you or any borrower or non-borrower contributor is a wage earner (salary or hourly wage), provide your last two paystubs.**
*If earnings are not reported on the paystubs, provide a signed letter or printout from your employer.

**If you or any borrower or non-borrower contributor is self-employed, please submit one of the following:**

- ☐ Last year's full tax returns (business and personal)
- ☐ Most recent signed and dated quarterly or year-to-date profit/loss statement, and last 2 months' bank statements (business and personal)

**If you or any borrower or non-borrower contributor receives income from any of the following: Social Security, disability or death benefits, pension, adoption assistance, public assistance, or unemployment, please submit one of the following:**

- ☐ Death certificate, or the obituary or newspaper article reporting the death, and
  Two of your most recent bank statements showing deposit amounts
- ☐ Award Letters or other documentation showing the amount and frequency of the benefits

**If you or any borrower or non-borrower contributor has non-taxable or other pertinent income, please submit one of the following:**

- ☐ Two of your most recent bank statements showing deposit amounts
- ☐ Most recent award letters or other documentation showing the amount and frequency of the benefit

**If you receive alimony or child support as income, please submit one of the following:**
*You are not required to disclose child support, alimony, or separate maintenance income, unless you choose to have it considered for your loan modification or foreclosure alternative.*

- ☐ Divorce decree (or other court decree), Separation Agreement, or other written agreement (filed with the court) stating the benefit amount and the duration of the benefit
- ☐ Two of your most recent bank statements showing deposit amounts or other documentation showing the amount and frequency of the benefit

**If you or any other borrower or non-borrower contributor receives rental income, please submit one of the following:**

- ☐ Two of your most recent bank statements demonstrating receipt of rent
- ☐ Two of the most recent deposited rent checks
- ☐ A signed lease agreement for each property


RFI071

We are unable to conduct an evaluation for all loss mitigation options available to you until we have received a complete Loss Mitigation Application. Therefore, it is essential that we receive all outstanding documentation as soon as possible to avoid delays. Please submit all documents to Fay Servicing using one of the following accepted methods:

- Fax documents to 312-509-4794
- Email documents to applications@fayservicing.com
- Mail documents to:

    ATTN: APPLICATIONS
    Fay Servicing, LLC
    440 South LaSalle St, Suite 2000
    Chicago, IL 60605

Please note that, while documents submitted as part of your Loss Mitigation Application are generally considered valid for ninety (90) days from the date of the applicable document, certain documents have varying expiration dates. For example, Form 4506-T is valid for 120 days from the date of your signature.

**\*\*Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before a scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, Nevada, Georgia or Minnesota, all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

If we receive your complete Loss Mitigation Application timely, within thirty (30) days of receiving your complete Loss Mitigation Application, we will evaluate you for all loss mitigation options available to you and notify you in writing of our determination of which loss mitigation options, if any, we will offer you on behalf of the owner of your loan (the "Evaluation Letter"). You will be required to accept or reject any offered loss mitigation option no earlier than fourteen (14) days from the date of the Evaluation Letter. Please note that submission of a complete Loss Mitigation Application does not guarantee approval for any (or a specific) loss mitigation option. Finally, you should consider contacting the servicer(s) of any other mortgage loan(s) secured by the property to discuss available loss mitigation options.



If you are unable to provide the required documents or have any questions, please call me at my direct number below or call our toll-free number: 1-800-495-7166. Our regular business hours are 8:00 a.m. to 9:00 p.m. Monday through Thursday, 8:30 a.m. to 5:00 p.m. on Friday, and Saturday 10:00 a.m. to 4:00 p.m., Central Standard Time.

Sincerely,

Trecia Smith
Account Manager
Direct Phone: (630) 282-7638
Fay Servicing, LLC

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. NMLS ID No. 88244.

# EXHIBIT H



05/27/2020

David Seymour
Elle Seymour
3077 SANTA YNEZ AVE
SANTA YNEZ, CA 93460-9764

Loan Number:      ███9120
Property Address:      3077 Santa Ynez Ave
                                Santa Ynez, CA 93460

Dear David Seymour and Elle Seymour:

We have attempted to contact you by first class mail and on at least three occasions by phone to discuss and assess your financial situation and to explore options that may be available to you to avoid foreclosure. Despite these attempts, we have been unable to contact you as of this date.

You may contact us by phone toll-free at 8004957166 during business hours to discuss options for avoiding foreclosure. A representative will be available from Monday to Thursday 8:00am to 9:00pm CST Friday 8:30am to 5:00pm CST Saturday 10:00am to 4:00pm CST to discuss and assess your financial situation and to explore options that may be available to you to avoid foreclosure.

Visit our website at www.fayservicing.com to request information concerning Fay Servicing, LLC's Home Affordable Programs.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

Fay Servicing, LLC is a debt collector, this is an attempt to collect a debt and any information obtained



W_CA_DUE2   Rev. 12/2018
Page 1 of 2

will be used for that purpose.

It is important that you contact us as soon as possible.

Sincerely,

Fay Servicing, LLC
425 S. Financial Place, 20th Floor
Chicago, IL 60605
8004957166

RFI078

# EXHIBIT I

 

Attn: Applications
PO BOX 814609
DALLAS, TX 75381-4609

07/31/20

3953
DAVID SEYMOUR
3077 SANTA YNEZ AVE
SANTA YNEZ, CA 93460

DAVID SEYMOUR
ELLE SEYMOUR
3077 SANTA YNEZ AVE
SANTA YNEZ, CA 93460

RE:     Acknowledgment of Incomplete Loss Mitigation Application
        Loan Number ████0120

Dear Borrower(s):

This letter is in response to a recent request for loss mitigation assistance due to a COVID-19 hardship. You were approved for, and accepted, a Forbearance Plan based on an evaluation of an incomplete loss mitigation application. Although you do not need to take any further action at this time, you are invited to complete your loss mitigation application to receive an evaluation for all available loss mitigation options. In order to complete your Loss Mitigation Application, please submit all of the documentation listed for your circumstance below by 08/30/20:**You will have the opportunity to be evaluated for other options available at the conclusion of the forbearance period. In addition, we will reach out to you at least 30 days prior to the end of the Forbearance Plan to discuss your situation and provide additional information regarding options that may be available to you.

If you cannot provide all required documentation, you must include a written explanation for all missing documentation.

If you have any questions, please call us toll free at 800-495-7166 during our Temporary Adjusted Hours of Operation: Monday – Friday, 8:30 a.m. CST – 5:00 p.m. CST.  Please be aware that due to increased call volume, you may experience longer than average hold times.

## To apply for assistance, complete and provide the following documents to Fay Servicing:

- ☐ Completed and signed Borrower Assistance Form
- ☐ Proof of current Homeowner's Insurance if you do NOT currently have an escrow or impound account to pay your hazard insurance

## Hardship Verification

If your hardship is due to COVID 19, please provide a hardship letter stating how you are impacted.
- ☐ Unemployed
- ☐ Reduced Income
- ☐ Temporarily laid off, but back to work now

If your hardship is due to the divorce or legal separation of a borrower or non-borrower contributor, provide a copy of any of the following:
- ☐ Divorce decree (or other court decree)
- ☐ Legal Separation Agreement for borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law

RFI082

If your hardship is due to the divorce or legal separation of a borrower or non-borrower contributor, provide a copy of any of the following:
- ☐ Divorce decree (or other court decree)
- ☐ Legal Separation Agreement for borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law

If your hardship is due to the death of a borrower or non-borrower contributor, please submit one of the following:
- ☐ Death certificate
- ☐ Obituary or newspaper article reporting the death

## Income Verification

The required documentation depends on your source(s) of income. The questions and direction below will tell you what documents are needed to verify your income. Be sure to make copies of your income documentation and keep the originals for your records.

**If you or any borrower or non-borrower contributor is a wage earner (salary or hourly wage), provide your last two paystubs.**
*If earnings are not reported on the paystubs, provide a signed letter or printout from your employer.

**If you or any borrower or non-borrower contributor is self-employed, please submit one of the following:**
- ☐ Last year's full tax returns (business and personal)
- ☐ Most recent signed and dated quarterly or year-to-date profit/loss statement, and last 2 months' bank statements (business and personal)

**If you or any borrower or non-borrower contributor receives income from any of the following: Social Security, disability or death benefits, pension, adoption assistance, public assistance, or unemployment, please submit one of the following:**
- ☐ Death certificate, or the obituary or newspaper article reporting the death, and
  Two of your most recent bank statements showing deposit amounts
- ☐ Award Letters or other documentation showing the amount and frequency of the benefits

**If you or any borrower or non-borrower contributor has non-taxable or other pertinent income, please submit one of the following:**
- ☐ Two of your most recent bank statements showing deposit amounts
- ☐ Most recent award letters or other documentation showing the amount and frequency of the benefit

**If you receive alimony or child support as income, please submit one of the following:**
*You are not required to disclose child support, alimony, or separate maintenance income, unless you choose to have it considered for your loan modification or foreclosure alternative.*
- ☐ Divorce decree (or other court decree), Separation Agreement, or other written agreement (filed with the court) stating the benefit amount and the duration of the benefit
- ☐ Two of your most recent bank statements showing deposit amounts or other documentation showing the amount and frequency of the benefit

**If you or any other borrower or non-borrower contributor receives rental income, please submit one of the following:**
- ☐ Two of your most recent bank statements demonstrating receipt of rent
- ☐ Two of the most recent deposited rent checks
- ☐ A signed lease agreement for each property

RFI083



We may be unable to conduct an evaluation for all loss mitigation options available to you until we have received a complete Loss Mitigation Application. Please submit all documents to Fay Servicing using one of the following accepted methods:

- Fax documents to 312-509-4794
- Email documents to applications@fayservicing.com
- Mail documents to:

> ATTN: APPLICATIONS
> Fay Servicing, LLC
> P.O. Box 814609
> Dallas, TX 75381-4609

Please note that, while documents submitted as part of your Loss Mitigation Application are generally considered valid for ninety (90) days from the date of the applicable document, certain documents have varying expiration dates. For example, a Borrower Assistance Form is valid for ninety (90) days from the date of your signature unless it has already been used in the evaluation of a previous Loss Mitigation Application.

**\*\*Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before a scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of Nevada or Minnesota, all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, all documents required to complete a loss mitigation application must be received at least five (5) business days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

If we receive your complete Loss Mitigation Application timely, within thirty (30) days of receiving your complete Loss Mitigation Application, we will evaluate you for all loss mitigation options available to you and notify you in writing of our determination of which loss mitigation options, if any, we will offer you on behalf of the owner of your loan (the "Evaluation Letter"). You will be required to accept or reject any offered loss mitigation option no earlier than fourteen (14) days from the date of the Evaluation Letter. Please note that submission of a complete Loss Mitigation Application does not guarantee approval for any (or a specific) loss mitigation option. Finally, you should consider contacting the servicer(s) of any other mortgage loan(s) secured by the property to discuss available loss mitigation options.

RFI084

If you are unable to provide the required documents or have any questions, please call me at my direct number below or call our toll-free number: 1-800-495-7166. Our regular business hours are 8:00 a.m. to 9:00 p.m. Monday through Thursday, 8:30 a.m. to 5:00 p.m. on Friday, and Saturday 10:00 a.m. to 4:00 p.m., Central Standard Time. All requests for information and notices of error must be submitted to: Fay Servicing, LLC, 901 S. 2nd Street, Suite 201, Springfield, IL 62704.

Sincerely,

Curtis Walker
Account Manager
Direct Phone: (312) 429-2774
Fay Servicing, LLC

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. If you apply for a modification of a first lien mortgage loan, you have the right to receive a copy of all written appraisals developed in a connection with the application. NMLS ID No. 88244.

# EXHIBIT J

---------- Forwarded message ---------
From: **Dave Seymour** <daveseymourconstruction@gmail.com>
Date: Mon, Sep 14, 2020 at 3:42 PM
Subject: Application from ███ 9120
To: <applications@fayservicing.com>

Dave & Elle Seymour
Curtis Walker was our Account Manager
Thank You Dave



| Mail: | Attn: Applications<br>Fay Servicing, LLC<br>P. O. Box 814609<br>Dallas, TX 75381-4609 | Fax: (312) 509-4794 | Email: applications@fayservicing.com<br><br>Questions: (800) 495-7166 |
|---|---|---|---|

This completed Borrower Assistance Form and all required documentation must be sent to one of the following locations.

**Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before a scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of Nevada or Minnesota, all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, all documents required to complete a loss mitigation application must be received at least five (5) business days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed. **Please note: Documents received after 4:00 pm CST on any Business Day*** will be deemed to have been received on the next Business Day.**

## BORROWER ASSISTANCE FORM

We strongly recommend you or an authorized representative contact your Fay Servicing Account Manager to review your information and discuss all options available to you at (800) 495-7166.

If you are experiencing a financial hardship and need help, you must complete and submit this entire Borrower Assistance Form ("Form") to be evaluated for all loss mitigation options that may be available to you. The documents required to evaluate you for available loss mitigation options vary depending on the owner of your loan. Your Account Manager will be able to provide you with the list of documents needed for your loss mitigation review; however, if you are unable to speak with your Account Manager, you may submit the applicable documents listed on the Document Checklist.

Loan Number (usually found on your monthly mortgage statement): ▨120

Are you currently living in the property as your principal residence? ☒ Yes ☐ No

If no, what is the status of the property: ☐ Occupied by Non-Borrower/Tenant ☐ Second/Vacation Home ☐ Vacant

How many people live in your property? 3

I want to: ☒ Keep the Property ☐ Deed the Property to the owner of my Loan ☐ Sell the Property ☐ Undecided

If you wish to keep the property, how long do you plan on keeping it? AS LONG AS POSSIBLE

### CONTACT INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Name: DAVID M SEYMOUR | Name: ELLE SEYMOUR |
| Phone #: | Phone #: HOME |
| Email Address: @MSN.COM | Email Address: |
| Can we contact you via email? (Optional) ☒ Yes ☐ No | Can we contact you via email? (Optional) ☐ Yes ☒ No |
| Property Address: 3077 SANTA YNEZ AVE SANTA YNEZ CA 93460 | |
| Mailing Address (if different from Property Address): | |

*** A "Business Day" means any day other than (a) a Saturday or Sunday, or (b) a legal public holiday.

*Revised 1/8/2020*

Page 1 of 4

## PROPERTY INSPECTION

We may require an interior inspection of the property to be conducted. Please provide contact information for the individual we should call to schedule an inspection time and provide the most convenient time during the week that we may conduct an inspection.

Contact Name: DAVID SEYMOUR
Phone #: ▓▓▓▓ 7777

Day: THURS - FRIDAY
Time: 3:00 - a.m. (p.m) (circle one)

## PROPERTY INFORMATION

Is the property listed for sale? ☐ Yes ☒ No     If yes, what was the listing date? _____

Have you received an offer on the property? ☐ Yes ☐ No

Date of Offer: _____     Amount of Offer: $ _____

*Agent's Name: _____     Agent's Phone #: _____

Agent's Email: _____     For Sale by Owner? ☐ Yes ☒ No

*If you have an agent, you must submit a third party authorization form to allow us to work with your agent.

## EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Company Name: DAVE SEYMOUR CONSTRUCTION | Company Name: VILLAGE PROPERTIES |
| Start Date: 1988 | Start Date: 2008 |
| Occupation: GENERAL CONSTRUCTION | Occupation: REAL ESTATE BROKER - LICENSED |

## FINANCIAL INFORMATION

| Monthly Household Income | | | Household Assets Associated with the Property and/or Borrower(s) HOUSE ACCS. ONLY - UNION | | |
|---|---|---|---|---|---|
| Gross Monthly Wages SEE P&L | $ | 4030 83 | Checking Account(s) ✕ 8024 9191 | $ | 632.00 |
| Overtime | $ | -0- | Savings/Money Market GONE | $ | -0- |
| Child Support/Alimony* | $ | -0- | Stocks/Bonds/CDs GONE | $ | |
| Tips, Commissions, Bonus, and Self- Employed Income | $ | | Expected Assets (e.g., Inheritance, tax returns, etc.) | $ | -0- |
| Taxable SS Benefits or Other Taxable Monthly Income (e.g., Annuities, Retirement Plans, etc.) | $ | DAVE 203 00 ELLE 630 00 GONE | Total Amount in Any Additional Assets (e.g., trusts) NONE | $ | |
| Non-Taxable SS Benefits or Other Non-Taxable Monthly Income | $ | | Other Real Estate (estimated value) | $ | -0- |
| Rents Received GUEST HOUSE | $ | 1625 00 | Retirement NONE | $ | -0- |
| Unemployment Income | $ | -0- | Other Cash on Hand | $ | ? |
| Food Stamps/Welfare | $ | -0- | CALL ME 805-680-7777 | | |
| Other ISAGENIX - ELLE | $ | 250 00 | | | |
| Non-Borrower Contribution | $ | -0- | Indicate your relationship to Non-Borrower Contributor: | | |
| Non-Borrower Contributor Name: | | | | | |
| Total Monthly Household Income | $ 8565 00 | | Total Household Assets | $ | 632.00 |

*Notice: Alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.

✱ TENANT DOES NOT PAY UTILITIES (WATER GAS ELECTRIC CULLIGAN
& TRASH  438.88 ÷ 3 = 146.33

Revised 1/8/2020     Page 2 of 4

| Monthly Household Expenses and Debt Payments *PER MTH* | | | | |
|---|---|---|---|---|
| First Mortgage Payment on your Primary Residence (including taxes and homeowners insurance paid by the servicer) | $ 4,622.30 | Life or Supplemental Insurance Premium (if any) *LIFE* *ANTHEM BLUE* *DAVE* *SUP* *ELLE* | $ | 100 00 / 275 84 / 227 00 |
| Second Mortgage Payment | $ -0- | Electric *ALL MTH* | $ | 198 38 |
| First Mortgage Payment on the Subject Property (including taxes and homeowners insurance paid by the servicer) | $ -0- | Gas *NATURAL* *CULLIGAN* | $ | 89 93 / 28 33 |
| Mortgage Payments on Other Properties | $ -0- | Water | $ | 161 52 |
| Property Taxes (if not paid by the servicer) | $ PAID BY FAY S | Cable *AND INTERNET COMCAST* | $ | 190 50 |
| Homeowner's Insurance (if not paid by the servicer) | $ PAID BY FAY S | Internet *VERIZION WIRELESS* | $ | 124 90 |
| HOA/Condo/Property Fees | $ -0- | Phone (land line) | $ | 124 10 |
| General Property Maintenance | $ 75 00 | Trash | $ | 50 65 |
| Car Loan/Lease *2008 CHEVY TRUCK* Number of Vehicles: *2 TRUCKS* | $ 385 00 | Food (groceries)(dining out) | $ | 665 89 + / 100 00 |
| Other Auto Expenses (tolls, train, gas, maintenance, auto insurance) *LIBERTY MUTUAL* | $ 280 42 | Personal Items and Services *LOSS OF INCOME FROM TENANTS UTILITES* | $ | 146.33 |
| Credit Cards (total minimum payment per month) *COAST HILLS - ELLE* | $ 227 00 | Hobbies/Entertainment *SINCE PANDEMIC HULU* | $ | 5 99 |
| Other Debts (boat, RV, timeshare, personal loan, etc.) *HOMEDEPOT* | $ 35 00 | Child Care and Educational Expenses | $ | -0- |
| Monthly Student Loan Payments (if not deferred) | $ -0- | Child Support or Alimony Payments | $ | -0- |
| Out-of-Pocket Medical Expenses *HARDSHIP* | $ 563.12 | Other: *FTB PAYMENT* | $ | 150 00 |
| Out-of-Pocket Dental Expenses | $ 56 75 | **Total of all Household Expenses** | $ | 8883 95 |
| | 6244 59 | | | |

**HARDSHIP AFFIDAVIT**

I believe that my situation is: ☒Short-Term (under 12 months) ☐Long-Term or Permanent (more than 12 months)

✱ Unemployed? ☒Yes ☐ No   Date began (if applicable) *PANDEMIC*   Seeking employment? ☐ Yes ☐ No

EXPLANATION OF HARDSHIP *Continue on separate page(s) if needed.* ✱ MY WIFE (ELLE) IS NOT WORKING NOW DUE TO COVID 19 SHE HAS NO IMMUNE SYSTEM (HER SPLEEN) ALSO ½ PANCREAS ½ COLAN + 2 OTHER ORGANS THAT WERE TAKEN OUT FROM A TUMOR. THAT HAD METASTASIZED WHICH NOW SHE IS ALSO DIBETIC. ALSO *2019* LAST YEAR SHE HAD A STROKE (FEB). A GUY RAN A RED LIGHT THAT SHE WAS SITTING AT, HIT HER CAR TOTALED IT (THATS WY WE HAVE NO CAR) & PUT HER IN THE HOSPITAL, HE WAS UNDER INSURED, MORE DAMAGE TO HER.

SOUNDS CRAZY BUT WE HAVE ALL THE DOCTOR REPORTS

*Revised 1/8/2020*

ELLE IS DOING A LETTER ITS GOOD FOR HER RECOVERY

## BORROWER/CO-BORROWER ACKNOWLEDGMENT AND AGREEMENT

If you apply for a modification of a first lien mortgage loan, you have the right to receive a copy of all written appraisals developed in connection with the application.

I certify, acknowledge, and agree to the following:

1. All of the information in this Form is truthful and the hardship that I have identified contributed to my need for mortgage relief.

2. The accuracy of my statements may be reviewed by Fay Servicing, the owner or guarantor of my loan, or their agent(s), and I may be required to provide additional supporting documentation.

3. Knowingly submitting false information may violate federal and other applicable law.

4. If I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, Fay Servicing may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.

5. Fay Servicing is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

6. I may be eligible for a trial period plan, repayment plan, or forbearance plan. If I am eligible for one of these plans, I agree that all the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.

7. A condemnation notice has not been issued for the property.

8. Fay Servicing will obtain a current credit report on all borrowers obligated on the Note.

9. Fay Servicing will collect and record personal information that I submit in this Form and during the evaluation process. This personal information may include, but is not limited to: (i) my name, address, and telephone number; (ii) my Social Security number; (iii) my credit score; (iv) my income; and (v) my payment history and information about my account balances and activity. I understand and consent to Fay Servicing, as well as any investor or guarantor, disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them.

10. I consent to being contacted at any telephone number, including mobile telephone number, or email address I have provided to Fay Servicing (provided I have checked the box on this Form that authorizes email communication or have previously provided such authorization).

11. If I was discharged in a Chapter 7 bankruptcy proceeding subsequent to the execution of the Note and Security Instrument, or am currently entitled to the protections of any automatic stay in bankruptcy, I acknowledge that Fay Servicing is providing the information about mortgage assistance at my request and for informational purposes, and not as an attempt to impose personal liability for the debt evidenced by the Note.

12. If I or someone on my behalf has submitted a cease and desist notice to Fay Servicing pursuant to the Fair Debt Collection Practices Act (FDCPA), I consent to Fay Servicing communicating with me with respect to the loss mitigation process and acknowledge that such communication is not a violation of the FCDPA.

13. I understand, acknowledge, and agree that the Lender and Other Loan Participants can obtain, use and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws. The Lender includes the Lender's affiliates, agents, service providers and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties and any of aforementioned parties' successors and assigns.

| | | | |
|---|---|---|---|
| Borrower Signature | 9/10/2020 Date | Co-Borrower Signature | 9/15/20 Date |

6:27 PM

08/19/20

Cash Basis

# Dave Seymour Construction
## Profit & Loss
### January through July 2020

|  | Jan - Jul 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Construction | 301,679.38 |
| 4100 · Reimbursed Expenses | -34.46 |
| **Total Income** | 301,644.92 |
| **Cost of Goods Sold** | |
| 5000 · Cost of Goods Sold | |
| 5001 · Materials | 56,667.30 |
| 5002 · Subcontractors | 144,940.50 |
| 5003 · Equipment Rental | 1,045.22 |
| 5004 · Other Job Expense | 156.25 |
| 5005 · Labor | 11,290.00 |
| **Total 5000 · Cost of Goods Sold** | 214,099.27 |
| **Total COGS** | 214,099.27 |
| **Gross Profit** | 87,545.65 |
| **Expense** | |
| 6050 · Automobile Expense | 7,910.82 |
| 6120 · Bank Service Charges | 173.00 |
| 6160 · Dues and Subscriptions | 151.72 |
| 6170 · Fuel | 927.46 |
| 6180 · Insurance | |
| 6185 · Liability Insurance | 4,031.10 |
| 6195 · Work Comp | 129.63 |
| 6197 · Automobile | 1,964.59 |
| **Total 6180 · Insurance** | 6,125.32 |
| 6230 · Licenses and Permits | 754.00 |
| 6240 · Miscellaneous | 15.00 |
| 6245 · Office Expense | 16.90 |
| 6246 · Office Supplies | 598.63 |
| 6250 · Payroll Expenses | 26,985.00 |
| 6251 · Payroll Processing Fees | 2,515.25 |
| 6255 · Postage and Delivery | 226.00 |
| 6270 · Professional Fees | |
| 6272 · Accounting | 1,250.00 |
| **Total 6270 · Professional Fees** | 1,250.00 |
| 6290 · Rent | |
| 6291 · Office/Shop Rent | 2,534.00 |
| 6290 · Rent - Other | 886.70 |
| **Total 6290 · Rent** | 3,420.70 |
| 6300 · Repairs | |
| 6311 · Computer Repairs | 219.99 |
| 6312 · Equipment Repairs | 316.62 |
| **Total 6300 · Repairs** | 536.61 |
| 6330 · Shop/Work Supplies | 121.35 |
| 6340 · Telephone | 2,492.98 |
| 6350 · Travel & Ent | |
| 6352 · Meals | 667.28 |
| **Total 6350 · Travel & Ent** | 667.28 |
| 6400 · Utilities | |
| 6401 · Gas and Electric | 899.65 |
| **Total 6400 · Utilities** | 899.65 |

⑤

6:27 PM
08/19/20
Cash Basis

# Dave Seymour Construction
## Profit & Loss
### January through July 2020

| | Jan - Jul 20 |
|---|---|
| 6820 · Taxes | |
| 8825 · Payroll Taxes | 2,540.38 |
| Total 6820 · Taxes | 2,540.38 |
| 6935 · Tools and Machinery | 1,001.75 |
| Total Expense | 59,329.80 |
| Net Ordinary Income | 28,215.85 |
| Net Income | 28,215.85 |

÷6 = 4,702.66

÷7 = 4,030.83

Page 2

(6)

8:25 PM
08/19/20
Cash Basis

# Dave Seymour Construction
## Profit & Loss
### May 2020

|  | May 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Construction | 16,376.36 |
| **Total Income** | 16,376.36 |
| **Cost of Goods Sold** | |
| 5000 · Cost of Goods Sold | |
| 5001 · Materials | 1,459.84 |
| 5002 · Subcontractors | 14,951.00 |
| 5004 · Other Job Expense | 32.50 |
| 5005 · Labor | 1,030.00 |
| **Total 5000 · Cost of Goods Sold** | 17,473.34 |
| **Total COGS** | 17,473.34 |
| **Gross Profit** | -1,096.98 |
| **Expense** | |
| 6050 · Automobile Expense | 4,254.08 |
| 6120 · Bank Service Charges | 3.00 |
| 6170 · Fuel | 362.89 |
| 6180 · Insurance | |
| 6185 · Liability Insurance | 514.25 |
| 6197 · Automobile | 224.92 |
| **Total 6180 · Insurance** | 739.17 |
| 6245 · Office Expense | 2.07 |
| 6246 · Office Supplies | 11.53 |
| 6250 · Payroll Expenses | 4,230.00 |
| 6251 · Payroll Processing Fees | 322.50 |
| 6270 · Professional Fees | |
| 6272 · Accounting | 350.00 |
| **Total 6270 · Professional Fees** | 350.00 |
| 6290 · Rent | |
| 6291 · Office/Shop Rent | 724.00 |
| **Total 6290 · Rent** | 724.00 |
| 6340 · Telephone | 130.71 |
| 6350 · Travel & Ent | |
| 6352 · Meals | 101.47 |
| **Total 6350 · Travel & Ent** | 101.47 |
| 6400 · Utilities | |
| 6401 · Gas and Electric | 108.09 |
| **Total 6400 · Utilities** | 108.09 |
| 6820 · Taxes | |
| 6825 · Payroll Taxes | 278.84 |
| **Total 6820 · Taxes** | 278.84 |
| 6935 · Tools and Machinery | 96.54 |
| **Total Expense** | 11,714.89 |
| **Net Ordinary Income** | -12,811.87 |
| **Net Income** | -12,811.87 |

6:25 PM
08/19/20
Cash Basis

# Dave Seymour Construction
## Profit & Loss
### June 2020

| | Jun 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Construction | 15,823.18 |
| 4100 · Reimbursed Expenses | -34.46 |
| **Total Income** | 15,788.72 |
| **Cost of Goods Sold** | |
| 5000 · Cost of Goods Sold | |
| 5001 · Materials | 10,613.06 |
| 5002 · Subcontractors | 13,246.44 |
| 5005 · Labor | 1,500.00 |
| Total 5000 · Cost of Goods Sold | 25,359.50 |
| **Total COGS** | 25,359.50 |
| **Gross Profit** | -9,570.78 |
| **Expense** | |
| 6050 · Automobile Expense | 592.12 |
| 6120 · Bank Service Charges | 68.00 |
| 6160 · Dues and Subscriptions | 61.88 |
| 6170 · Fuel | -1,318.46 |
| 6180 · Insurance | |
| 6185 · Liability Insurance | 487.30 |
| 6195 · Work Comp | 0.00 |
| 6197 · Automobile | 292.92 |
| Total 6180 · Insurance | 780.22 |
| 6240 · Miscellaneous | 15.00 |
| 6246 · Office Supplies | 105.08 |
| 6250 · Payroll Expenses | 1,590.00 |
| 6251 · Payroll Processing Fees | 330.00 |
| 6290 · Rent | 119.00 |
| 6300 · Repairs | |
| 6311 · Computer Repairs | 169.99 |
| Total 6300 · Repairs | 169.99 |
| 6340 · Telephone | 389.31 |
| 6350 · Travel & Ent | |
| 6352 · Meals | 88.88 |
| Total 6350 · Travel & Ent | 88.88 |
| 6400 · Utilities | |
| 6401 · Gas and Electric | 133.64 |
| Total 6400 · Utilities | 133.64 |
| 6820 · Taxes | |
| 6825 · Payroll Taxes | 166.40 |
| Total 6820 · Taxes | 166.40 |
| 6935 · Tools and Machinery | 187.59 |
| **Total Expense** | 3,478.65 |
| **Net Ordinary Income** | -13,049.43 |
| **Net Income** | -13,049.43 |

6:26 PM
08/19/20
Cash Basis

# Dave Seymour Construction
## Profit & Loss
### July 2020

|  | Jul 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Construction | 37,559.91 |
| **Total Income** | 37,559.91 |
| **Cost of Goods Sold** | |
| 5000 · Cost of Goods Sold | |
| 5001 · Materials | 4,963.19 |
| 5002 · Subcontractors | 10,811.25 |
| 5003 · Equipment Rental | 665.80 |
| 5004 · Other Job Expense | -2.00 |
| 5005 · Labor | 8,760.00 |
| **Total 5000 · Cost of Goods Sold** | 25,198.24 |
| **Total COGS** | 25,198.24 |
| **Gross Profit** | 12,361.67 |
| **Expense** | |
| 6050 · Automobile Expense | 806.00 |
| 6160 · Dues and Subscriptions | 27.96 |
| 6170 · Fuel | 177.00 |
| 6180 · Insurance | |
| 6185 · Liability Insurance | 1,054.21 |
| 6197 · Automobile | 227.07 |
| **Total 6180 · Insurance** | 1,281.28 |
| 6230 · Licenses and Permits | 354.00 |
| 6246 · Office Supplies | 141.71 |
| 6250 · Payroll Expenses | 2,205.00 |
| 6251 · Payroll Processing Fees | 409.50 |
| 6290 · Rent | |
| 6291 · Office/Shop Rent | 362.00 |
| 6290 · Rent - Other | 119.00 |
| **Total 6290 · Rent** | 481.00 |
| 6340 · Telephone | 452.61 |
| 6350 · Travel & Ent | |
| 6352 · Meals | 98.69 |
| **Total 6350 · Travel & Ent** | 98.69 |
| 6820 · Taxes | |
| 6825 · Payroll Taxes | 168.69 |
| **Total 6820 · Taxes** | 168.69 |
| 6935 · Tools and Machinery | 194.47 |
| **Total Expense** | 6,797.91 |
| **Net Ordinary Income** | 5,563.76 |
| **Net Income** | 5,563.76 |

Page 1







(10)











**Montecito Bank & Trust**

MB&T Service Center
6950 Hollister Ave Suite 102
Goleta, CA 93117

**RETURN SERVICE REQUESTED**

DAVID SEYMOUR
DAVE SEYMOUR CONSTRUCTION
PO BOX 790
SANTA YNEZ CA 93460-0790



MAIN ACC
**Statement Ending 06/30/2020**

David Seymour                    Page 1 of 12
Account Number:XXXXXXXX2332   CONSTRUCTION

**How can we help you?**

Phone        (800) 348-0146

Mail         P.O. Box 2460
             Santa Barbara, CA
             93120-2460

Online       https://montecito.bank



Funds Availability Policy Update Effective July 1, 2020

**Effective July 1, 2020,** our Funds Availability Policy will change to the following: For checks that are not subject to next day availability, the amount that is immediately available for withdrawal will increase from $200 to $225. Additionally for large or new account deposits, the amount available for withdrawal on the second business day after the day of your deposit will increase from $5,000 to $5,525.

## Summary of Accounts



**Privacy Policy**
Federal law requires us to tell you how we collect, share and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at **montecito.bank**, or we will mail you a free copy upon request if you call us at **(805) 963-7511**.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Basic Business Checking | XXXXXXXX2332 | $4,449.56 |


Member
**FDIC**

⑬



## Montecito Bank & Trust

**Statement Ending 06/30/2020**

David Seymour
Account Number:XXXXXXXX2332

Page 3 of 12

## Basic Business Checking-XXXXXXXX2332

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/30/2020 | Beginning Balance | $6,149.73 |
| | 9 Credit(s) This Period | $21,515.40 |
| | 103 Debit(s) This Period | $23,215.57 |
| 06/30/2020 | Ending Balance | $4,449.56 |

*VITAMINS FOR ELLE*
*MINERALS ALSO*
*FOOD*

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/08/2020 | DEPOSIT | $6,814.18 |
| 06/17/2020 | DEPOSIT | $959.67 |
| 06/18/2020 | 700125599 ONLINE BANKING TRANSFER FROM 410072079 ON 6/17/20 AT 19:47 Funds Trans | $400.00 |
| 06/19/2020 | 700189880 ONLINE BANKING TRANSFER FROM 410072079 ON 6/19/20 AT 16:19 Funds Trans | $200.00 |
| 06/19/2020 | DEPOSIT | $2,335.46 |
| 06/22/2020 | DEPOSIT | $3,584.40 |
| 06/24/2020 | DEPOSIT | $2,129.47 |
| 06/26/2020 | DEPOSIT # 30421539 | $4,293.46 |
| 06/30/2020 | DEPOSIT | $798.76 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/01/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 18307849 836450 | $21.54 |
| 06/01/2020 | XX3780 PURCHASE ALBERTSONS #332 BUELLTON CA 45880606 432265 | $47.10 * |
| 06/01/2020 | Transfer to * * * * * 8024 | $100.00 |
| 06/02/2020 | XX3780 PURCHASE SANTA YNEZ VALLE SOLVANG CA 53000187 173014 | $5.38 |
| 06/02/2020 | XX3780 PURCHASE PAYPAL * WTASHBY San Jose CA 30393918 393918 | $10.39 |
| 06/02/2020 | XX3780 PURCHASE PAYPAL * JNJVETTE San Jose CA 63306763 306763 | $13.95 |
| 06/02/2020 | XX3780 PURCHASE SXM* SIRIUSXM.COM 888-635-5144 NY 59851298 658618 | $61.88 |
| 06/03/2020 | 700129204 ONLINE BANKING TRANSFER TO 196308024 ON 6/03/20 AT 14:11 Funds Transfe | $150.00 |
| 06/04/2020 | XX3780 PURCHASE HARRISON ACE HDW SANTA YNEZ CA 30000550 814219 | $18.01 |
| 06/04/2020 | XX3780 PURCHASE TOM'S GAS & MARK BUELLTON CA 00353197 350681 | $59.00 |
| 06/05/2020 | XX3780 PURCHASE AMAZON.COM* MY6FW SEATTLE WA 00000101 6JQS2QY0W6VW | $10.76 |
| 06/05/2020 | XX3780 PURCHASE ALBERTSONS #332 BUELLTON CA 45880654 137741 | $21.99 * |
| 06/08/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 18914738 603532 | $10.76 |
| 06/08/2020 | XX3780 PURCHASE HARRISON ACE HDW SANTA YNEZ CA 33000506 203444 | $18.94 |
| 06/08/2020 | XX3780 PURCHASE PAYPAL * FOXBERRY 4029357733 CA 27425986 899646 | $29.72 |
| 06/08/2020 | XX3780 PURCHASE PAYPAL * FOXBERRY 4029357733 CA 27715006 535037 | $33.99 |
| 06/08/2020 | XX3780 PURCHASE TOM'S GAS & MARK BUELLTON CA 00370876 684883 | $58.00 |
| 06/09/2020 | XX3780 PURCHASE RITE AID STORE - SOLVANG CA 001 0161006635393 | $9.99 |
| 06/09/2020 | XX3780 PURCHASE VITAMIN AND HERB BUELLTON CA 15900186 661645 | $18.66 * |
| 06/09/2020 | XX3780 PURCHASE SITEONE LANDSCAP SOLVANG CA 17920992 165087 | $28.64 |
| 06/10/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 19117097 339169 | $7.92 |
| 06/10/2020 | XX3780 PURCHASE CARLS JR 1100211 BUELLTON CA 25250137 906992 | $8.42 |
| 06/10/2020 | XX3780 PURCHASE VITAMIN A VITAMI Buellton CA 98000000 857763 | $17.79 * |
| 06/10/2020 | XX3780 PURCHASE CVS/PHARM 09970- Buellton CA 30997002 209751 | $42.00 * |
| 06/10/2020 | XX3780 PURCHASE HARRISON ACE HDW SANTA YNEZ CA 31000106 461166 | $53.20 |
| 06/10/2020 | XX3780 PURCHASE ISA* ISAGENIX WOR 877-8778111 AZ 99292485 353094 | $138.02 |
| 06/11/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 19218209 237062 | $13.90 |
| 06/11/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 19217680 190169 | $16.43 |
| 06/12/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 19318925 720228 | $7.84 |
| 06/12/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 19318412 103653 | $30.04 |
| 06/15/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 317425 | $3.50 ✓ |
| 06/15/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 19520329 561541 | $6.78 |
| 06/15/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 315616 | $13.67 * |
| 06/15/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 638881 | $23.50 ✓ |
| 06/15/2020 | XX3780 PURCHASE CHEVRON 0098910 SANTA YNEZ CA 38315538 784275 | $45.01 |
| 06/15/2020 | XX3780 PURCHASE CVS/PHARMACY #09 Buellton CA 30997002 028401 | $53.09 * |
| 06/15/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 00614836 434876 | $63.76 * |

131.54

(14)

 **Montecito**
**Bank & Trust**

### Statement Ending 06/30/2020

David Seymour                                     Page 5 of 12
Account Number:XXXXXXXX2332

## Basic Business Checking-XXXXXXXX2332 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/01/2020 | $3,809.23 | 06/11/2020 | $8,026.47 | 06/23/2020 | $1,747.54 |
| 06/02/2020 | $3,533.59 | 06/12/2020 | $1,799.30 | 06/24/2020 | $2,659.96 |
| 06/03/2020 | $3,383.59 | 06/15/2020 | $1,242.15 | 06/25/2020 | $1,685.60 |
| 06/04/2020 | $3,306.58 | 06/16/2020 | $893.71 | 06/26/2020 | $5,720.46 |
| 06/05/2020 | $3,047.76 | 06/17/2020 | $1,527.28 | 06/29/2020 | $5,258.63 |
| 06/08/2020 | $9,583.03 | 06/18/2020 | $43.28 | 06/30/2020 | $4,449.56 |
| 06/09/2020 | $9,525.74 | 06/19/2020 | $29.79 | | |
| 06/10/2020 | $8,091.26 | 06/22/2020 | $3,547.54 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft Fees | $68.00 | $170.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

(15)



**Montecito Bank & Trust**

MB&T Service Center
6950 Hollister Ave Suite 102
Goleta, CA 93117

RETURN SERVICE REQUESTED

DAVID SEYMOUR
DAVE SEYMOUR CONSTRUCTION
PO BOX 790
SANTA YNEZ CA 93460-0790

**Statement Ending 07/31/2020**

David Seymour                                    Page 1 of 12
Account Number:XXXXXXXX2332   *CONSTRUCTION*

### How can we help you?

| | | |
|---|---|---|
| Phone | (800) 348-0146 | |
| Mail | P.O. Box 2460 Santa Barbara, CA 93120-2460 | |
| Online | https://montecito.bank | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Basic Business Checking | XXXXXXXX2332 | $4,248.23 |

## Basic Business Checking-XXXXXXXX2332

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2020 | Beginning Balance | $4,449.56 |
| | 9 Credit(s) This Period | $32,516.69 |
| | 109 Debit(s) This Period | $32,718.02 |
| 07/31/2020 | Ending Balance | $4,248.23 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/09/2020 | DEPOSIT | $2,062.38 |
| 07/10/2020 | DEPOSIT | $700.00 |
| 07/13/2020 | 700156915 ONLINE BANKING TRANSFER FROM 196308024 ON 7/11/20 AT 9:21 Funds Transf | $45.00 |
| 07/13/2020 | DEPOSIT | $4,264.57 |
| 07/16/2020 | DEPOSIT | $4,217.05 |
| 07/23/2020 | DEPOSIT | $2,896.81 |
| 07/24/2020 | DEPOSIT | $904.50 |
| 07/27/2020 | DEPOSIT | $2,615.00 |
| 07/27/2020 | DEPOSIT | $14,811.38 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 07/02/2020 | XX3780 PURCHASE ALBERTSONS #332 BUELLTON CA 45880602 367655 | $36.50 * |
| 07/02/2020 | XX3780 PURCHASE ST PAUL SOLVANG SOLVANG CA 02804529 100640 | $43.45 |
| 07/03/2020 | XX3780 ATM WITHDRAWAL 591 ALMO PINTADO RO SOLVANG CA CA083042 001945 | $40.00 |
| 07/03/2020 | XX3780 PURCHASE LASERPRINTERCHEC MONROE NY 04581271 997996 | $47.79 |
| ✳ 07/03/2020 | XX3780 PURCHASE ISA* ISAGENIX WOR 877-8778111 AZ 29524462 190959 | $169.10 |
| 07/03/2020 | 700197595 ONLINE BANKING TRANSFER TO 410072079 ON 7/03/20 AT 10:35 Funds Transfe | $300.00 |
| 07/06/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 11238596 964363 | $6.79 |
| 07/06/2020 | XX3780 PURCHASE TTP* TAUNTONPUBLI 800-477-8727 CT 08424785 848220 | $27.96 |
| 07/06/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 11239271 949225 | $28.92 |
| ✳ 07/06/2020 | XX3780 PURCHASE AMAZON.COM* MJ5YD SEATTLE WA 00000000 69BCHB | $29.69 |
| 07/06/2020 | XX3780 PURCHASE AMAZON.COM* MJ2EN SEATTLE WA 00000101 2ZK5XK9ENVCM | $53.82 |



Member **FDIC**

(16)


Montecito
Bank & Trust

**Statement Ending 07/31/2020**

David Seymour
Account Number:XXXXXXXX2332

Page 3 of 12

## Basic Business Checking-XXXXXXXX2332 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 07/06/2020 | 700223130 ONLINE BANKING TRANSFER TO 196308024 ON 7/04/20 AT 9:00 Funds Transfer | $79.85 |
| 07/07/2020 | XX3780 PURCHASE SANTA YNEZ VALLE SOLVANG CA 58001213 514585 | $9.69 |
| 07/08/2020 | 700063768 ONLINE BANKING TRANSFER TO 410072079 ON 7/08/20 AT 15:04 Funds Transfe   HEALTH INSURANCE | $300.00 |
| 07/13/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 00565745 662886 | $14.73 |
| 07/13/2020 | XX3780 PURCHASE FIRST STREET LEA SOLVANG CA 12700296 557655 | $51.72 |
| 07/13/2020 | 700016670 ONLINE BANKING TRANSFER TO 196308024 ON 7/12/20 AT 17:32 Funds Transfe | $25.00 |
| 07/15/2020 | 700106217 ONLINE BANKING TRANSFER TO 196308024 ON 7/15/20 AT 7:58 Funds Transfer | $100.00 |
| 07/16/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 00572375 079439 | $157.38 |
| 07/17/2020 | XX3780 PURCHASE ALBERTSONS #332 BUELLTON CA 45880601 236532 | $46.08 |
| 07/20/2020 | XX3780 PURCHASE CVS/PHARM 09970- Buellton CA 30997002 056102 | $13.12 |
| 07/20/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 694810 | $17.28 |
| 07/20/2020 | XX3780 PURCHASE AMAZON.COM* MV4MC SEATTLE WA 00000101 14Y6KBDET26J | $21.54 |
| 07/20/2020 | XX3780 PURCHASE SQ * CESARS AUTO Santa Ynez CA 14162752 657268 | $36.00 |
| 07/20/2020 | XX3780 PURCHASE AMAZON.COM* MV9S3 SEATTLE WA 00000101 3ZLE6XXMF122 | $41.90 |
| 07/20/2020 | XX3780 PURCHASE TOM'S GAS & MARK BUELLTON CA 00114684 733202 | $44.00 |
| 07/20/2020 | XX3780 PURCHASE TRACTOR SUPPLY C BUELLTON CA 30000100 605752 | $47.52 |
| 07/20/2020 | 700014341 ONLINE BANKING TRANSFER TO 196308024 ON 7/19/20 AT 15:23 Funds Transfe | $78.46 |
| 07/20/2020 | 700227295 ONLINE BANKING TRANSFER TO 410072079 ON 7/18/20 AT 20:46 Funds Transfe | $348.70 |
| 07/22/2020 | XX3780 PURCHASE AARP * MEMBERSH 888-687-2277 CA 64239039 616122   HEALTH INS | $12.00 |
| 07/22/2020 | XX3780 PURCHASE SANTA YNEZ VALLE SOLVANG CA 54000400 792234 | $23.12 |
| 07/23/2020 | XX3780 PURCHASE HARRISON ACE HDW SANTA YNEZ CA 31001541 811010 | $19.99 |
| 07/24/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 12855717 150237 | $19.12 |
| 07/24/2020 | 700193661 ONLINE BANKING TRANSFER TO 410072079 ON 7/24/20 AT 14:36 Funds Transfe | $144.00 |
| 07/27/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 00890072 963100 | $3.50 |
| 07/27/2020 | XX3780 PURCHASE SANTA YNEZ VALLE SOLVANG CA 57001931 087101 | $8.92 |
| 07/27/2020 | XX3780 PURCHASE SANTA YNEZ VALLE SOLVANG CA 57000503 596470 | $10.20 |
| 07/27/2020 | XX3780 PURCHASE JIM'S SERVICE ST SOLVANG CA 50550444 970054 | $40.00 |
| 07/27/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 00741639 361694 | $93.24 |
| 07/27/2020 | 700222722 ONLINE BANKING TRANSFER TO 196308024 ON 7/25/20 AT 17:42 Funds Transfe | $70.00 |
| 07/28/2020 | 700057041 ONLINE BANKING TRANSFER TO 410072079 ON 7/27/20 AT 22:38 Funds Transfe | $8,000.00 |
| 07/29/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 00645612 944341 | $11.78 |
| 07/29/2020 | XX3780 PURCHASE SANTA YNEZ PAINT SANTA YNEZ CA 12700131 753300 | $166.45 |
| 07/30/2020 | XX3780 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 212093 | $23.50 |
| 07/30/2020 | XX3780 PURCHASE NIELSEN BUILDING 1230 MISSION CA 13361725 085107 | $30.15 |
| 07/30/2020 | XX3780 PURCHASE SANTA YNEZ PAINT SANTA YNEZ CA 12800047 370562 | $72.59 |
| 07/31/2020 | XX3780 PURCHASE SANTA YNEZ PAINT SANTA YNEZ CA 12900010 877770 | $72.59 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 07/01/2020 | COASTHILLS CU TRANSFER 000000000030354   TRUCK PAYMENT | $385.00 |
| 07/02/2020 | PAYCHEX INC. PAYROLL 88033900026724X | $287.75 |
| 07/03/2020 | PAYCHEX TPS TAXES 88031300025365X | $51.35 |
| 07/03/2020 | PAYCHEX EIB INVOICE X88041000029956 | $67.50 |
| 07/10/2020 | PAYCHEX TPS TAXES 88179700003789X | $92.91 |
| 07/10/2020 | PAYCHEX INC. PAYROLL 88181800014881X | $520.70 |
| 07/13/2020 | PAYCHEX EIB INVOICE X88187500017374 | $139.50 |
| 07/14/2020 | LIBERTY MUTUAL PAYMENT AO226129572010 | $202.90 |
| 07/16/2020 | PAYCHEX INC. PAYROLL 88241100008251X | $274.05 |
| 07/17/2020 | PAYCHEX TPS TAXES 88248000006989X | $48.90 |
| 07/17/2020 | PAYCHEX EIB INVOICE X88247800003728 | $67.50 |
| 07/20/2020 | HOME DEPOT PAYMENT 200170906144912 | $100.00 |

(17)



Montecito
Bank & Trust

MB&T Service Center
6950 Hollister Ave Suite 102
Goleta, CA 93117

RETURN SERVICE REQUESTED

DAVID M SEYMOUR
DAVE SEYMOUR CONSTRUCTION
SAVINGS
PO BOX 790
SANTA YNEZ CA 93460-0790

*TEMP SAVINGS*
**Statement Ending 06/30/2020**

David M Seymour                          Page 1 of 4
Account Number:XXXXXXXX2079  *CONSTRUCTION*

### How can we help you?

 Phone        (800) 348-0146

 Mail         P.O. Box 2460
                         Santa Barbara, CA
                         93120-2460

 Online       https://montecito.bank



Funds Availability Policy Update Effective July 1, 2020

**Effective July 1, 2020,** our Funds Availability Policy will change to the following: For checks that are not subject to next day availability, the amount that is immediately available for withdrawal will increase from $200 to $225. Additionally for large or new account deposits, the amount available for withdrawal on the second business day after the day of your deposit will increase from $5,000 to $5,525.

## Summary of Accounts



### Privacy Policy

Federal law requires us to tell you how we collect, share and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at **montecito.bank**, or we will mail you a free copy upon request if you call us at **(805) 963-7511**.

| Account Type | Account Number | Ending Balance |
| --- | --- | --- |
| Basic Business Checking | XXXXXXXX2079 | $225.84 |



Member
FDIC




**Montecito Bank & Trust**

*Statement Ending 06/30/2020*

David M Seymour
Account Number:XXXXXXXX2079

Page 3 of 4

# Basic Business Checking-XXXXXXXX2079

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/30/2020 | Beginning Balance | $7,384.58 |
| | 1 Credit(s) This Period | $250.00 |
| | 17 Debit(s) This Period | $7,408.74 |
| 06/30/2020 | Ending Balance | $225.84 |

## Deposits

| Date | Description | Amount |
|---|---|---|
| 06/25/2020 | 700006968 ONLINE BANKING TRANSFER FROM 196002332 ON 6/25/20 AT 7.39 Funds Transf | $250.00 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/03/2020 | XX4483 PURCHASE TRACTOR SUPPLY C BUELLTON CA 30000200 887315 | $8.85 |
| 06/03/2020 | XX4483 PURCHASE NIELSEN BUILDING 1230 MISSION CA 18509822 662769 | $9.69 |
| 06/05/2020 | XX4483 PURCHASE HARRISON ACE HDW SANTA YNEZ CA 32000235 505912 | $14.84 |
| 06/08/2020 | 700025518 ONLINE BANKING TRANSFER TO 196308024 ON 6/08/20 AT 6:32 Funds Transfer | $100.00 |
| 06/08/2020 | 700004500 ONLINE BANKING TRANSFER TO 196308024 ON 6/07/20 AT 7:54 Funds Transfer | $251.20 |
| 06/09/2020 | XX4483 PURCHASE VITAMIN AND HERB BUELLTON CA 15900020 719727 | $53.40 |
| 06/18/2020 | XX4483 PURCHASE HARRISON ACE HDW SANTA YNEZ CA 36002107 473302 | $5.46 |
| 06/18/2020 | XX4483 PURCHASE SANTA YNE SANTA SANTA YNEZ CA 14027000 137822 | $79.66 |
| 06/18/2020 | 700125599 ONLINE BANKING TRANSFER TO 196002332 ON 6/17/20 AT 19:47 Funds Transfe | $400.00 |
| 06/19/2020 | XX4483 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 304963 | $3.50 C |
| 06/19/2020 | XX4483 PURCHASE TOM'S GAS & MARK BUELLTON CA 00485081 111914 | $57.00 |
| 06/19/2020 | 700189880 ONLINE BANKING TRANSFER TO 196002332 ON 6/19/20 AT 16:19 Funds Transfe | $200.00 |
| 06/22/2020 | XX4483 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 605319 | $13.76 |
| 06/24/2020 | XX4483 PURCHASE SANTA YNEZ VALLE SOLVANG CA 54001295 892918 | $6.44 |
| 06/25/2020 | XX4483 PURCHASE THE BIG BOPPER D SOLVANG CA 77677786 698434 | $4.93 |
| 06/30/2020 | XX4483 PURCHASE EASYQUICKFIX LLC 866-257-5153 FL 92171709 836448   *computer* | $169.99 |

## Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 113 | 06/12/2020 | $6,030.00 |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/03/2020 | $7,366.04 | 06/12/2020 | $916.60 | 06/24/2020 | $150.76 |
| 06/05/2020 | $7,351.20 | 06/18/2020 | $431.48 | 06/25/2020 | $395.83 |
| 06/08/2020 | $7,000.00 | 06/19/2020 | $170.98 | 06/30/2020 | $225.84 |
| 06/09/2020 | $6,946.60 | 06/22/2020 | $157.20 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




**Montecito**
**Bank & Trust**

MB&T Service Center
6950 Hollister Ave Suite 102
Goleta, CA 93117

RETURN SERVICE REQUESTED

DAVID M SEYMOUR
DAVE SEYMOUR CONSTRUCTION
SAVINGS
PO BOX 790
SANTA YNEZ CA 93460-0790

*TEMP SAVINGS*
## Statement Ending 07/31/2020

David M Seymour                                      Page 1 of 4
Account Number:XXXXXXXX2079  *CONSTRUCTION*

### How can we help you?

| | | |
|---|---|---|
| 👤 | Phone | (800) 348-0146 |
| ✉ | Mail | P.O. Box 2460 Santa Barbara, CA 93120-2460 |
| 💻 | Online | https://montecito.bank |

---

## Summary of Accounts

| Account Type  *SAVINGS / CHECKING* | Account Number | Ending Balance |
|---|---|---|
| Basic Business Checking | XXXXXXXX2079 | $7,851.56 |

## Basic Business Checking-XXXXXXXX2079

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2020 | Beginning Balance | $225.84 |
| | 7 Credit(s) This Period | $10,290.70 |
| | 26 Debit(s) This Period | $2,664.98 |
| 07/31/2020 | Ending Balance | $7,851.56 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/03/2020 | 700197595 ONLINE BANKING TRANSFER FROM 196002332 ON 7/03/20 AT 10:35 Funds Trans | $300.00 |
| 07/08/2020 | 700063768 ONLINE BANKING TRANSFER FROM 196002332 ON 7/08/20 AT 15:04 Funds Trans | $300.00 |
| 07/20/2020 | 700227295 ONLINE BANKING TRANSFER FROM 196002332 ON 7/18/20 AT 20:46 Funds Trans | $348.70 |
| 07/23/2020 | DEPOSIT | $698.00 |
| 07/24/2020 | 700193661 ONLINE BANKING TRANSFER FROM 196002332 ON 7/24/20 AT 14:36 Funds Trans | $144.00 |
| 07/24/2020 | DEPOSIT | $500.00 |
| 07/28/2020 | 700057041 ONLINE BANKING TRANSFER FROM 196002332 ON 7/27/20 AT 22:38 Funds Trans | $8,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 07/01/2020 | XX4483 PURCHASE IN PLATINUM MAN CA 002 491943 | $104.50 |
| 07/02/2020 | XX4483 PURCHASE EL RANCHO MARKET SOLVANG CA 00864315 028200 | $3.50 ⌐ |
| 07/06/2020 | XX4483 PURCHASE TOM'S GAS & MARK BUELLTON CA 00634656 760575 | $51.00 |
| 07/07/2020 | XX4483 PURCHASE TOM'S GAS & MARK BUELLTON CA 00652029 246265 | $42.00 |
| 07/09/2020 | XX4483 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 268340 | $23.50 ⌐ |
| 07/09/2020 | XX4483 PURCHASE NIELSEN BUILDING 1230 MISSION CA 11542214 793348 | $228.67 |
| 07/09/2020 | 700099406 ONLINE BANKING TRANSFER TO 196308024 ON 7/09/20 AT 14:55 Funds Transfe | $40.00 |
| 07/10/2020 | XX4483 PURCHASE NIELSEN BUILDING 1230 MISSION CA 11642880 396306 | $54.41 |
| 07/10/2020 | 700104574 ONLINE BANKING TRANSFER TO 196308024 ON 7/09/20 AT 17:39 Funds Transfe | $50.00 |

 Member FDIC   EQUAL HOUSING LENDER

20



**Montecito**
**Bank & Trust**

**Statement Ending 07/31/2020**

David M Seymour
Account Number:XXXXXXXX2079

Page 3 of 4

## Basic Business Checking-XXXXXXXX2079 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|
| 07/13/2020 | XX4483 PURCHASE HARRISON ACE HDW SANTA YNEZ CA 37000558 063164 | $25.82 |
| 07/20/2020 | XX4483 PURCHASE VZWRLSS* MY VZ VW 800-922-0204 FL 43331517 476649 | $139.00 |
| 07/24/2020 | XX4483 PURCHASE SANTA YNEZ VALLE SOLVANG CA 56001032 730509 | $16.11 |
| 07/27/2020 | XX4483 PURCHASE NIELSEN BUILDING 1230 MISSION CA 12957074 021331 | $14.63 |
| 07/27/2020 | XX4483 PURCHASE VITAMIN AND HERB BUELLTON CA 10600173 231137 | $16.16 |
| 07/27/2020 | XX4483 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 814918 | $23.50 |
| 07/27/2020 | XX4483 PURCHASE VITAMIN AND HERB BUELLTON CA 10600181 440102 | $27.43 |
| 07/27/2020 | XX4483 PURCHASE HARRISON ACE HDW SANTA YNEZ CA 37001822 149964 | $39.84 |
| 07/27/2020 | XX4483 PURCHASE NIELSEN BUILDING 1230 MISSION CA 12956779 697022 | $50.61 |
| 07/27/2020 | XX4483 PURCHASE ALBERTSONS #332 BUELLTON CA 45880602 589902 | $53.86 |
| 07/30/2020 | XX4483 PURCHASE COPPERSMITH MINNEAPOLIS MN 38037831 904699 | $1,217.52 |
| 07/30/2020 | XX4483 PURCHASE VERIZON PREMIUM BUELLTON CA 26891018 676998 | $57.03 |
| 07/31/2020 | XX4483 PURCHASE VZWRLSS* IVR VW 800-922-0204 FL 23974054 683213 | $130.18 |
| 07/31/2020 | XX4483 PURCHASE EL RANCHO MARKET SOLVANG CA 00651584 824651 | $18.89 |
| 07/31/2020 | XX4483 PURCHASE RITE AID STORE - SOLVANG CA 001 129108 | $22.55 |
| 07/31/2020 | XX4483 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 485238 | $34.27 |

**Other Debits**

| Date | Description | Amount |
|------|-------------|--------|
| 07/09/2020 | Withdrawal | $180.00 |

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/01/2020 | $121.34 | 07/09/2020 | $152.67 | 07/27/2020 | $114.48 |
| 07/02/2020 | $117.84 | 07/10/2020 | $48.26 | 07/28/2020 | $8,114.48 |
| 07/03/2020 | $417.84 | 07/13/2020 | $22.44 | 07/30/2020 | $7,927.27 |
| 07/06/2020 | $366.84 | 07/20/2020 | $232.14 | 07/31/2020 | $7,851.56 |
| 07/07/2020 | $324.84 | 07/23/2020 | $930.14 | | |
| 07/08/2020 | $624.84 | 07/24/2020 | $1,558.03 | | |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|--|------------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


Montecito
Bank & Trust

MB&T Service Center
6950 Hollister Ave Suite 102
Goleta, CA 93117

RETURN SERVICE REQUESTED

DAVID SEYMOUR
ELLE M SEYMOUR
PO BOX 790
SANTA YNEZ CA 93460-0790

*House Card* (handwritten)

## Statement Ending 06/26/2020

David Seymour
Account Number:XXXXXXXX8024

Page 1 of 4



### How can we help you?

| | | |
|---|---|---|
| Phone | (800) 348-9146 | |
| Mail | P.O. Box 2460 Santa Barbara, CA 93120-2460 | |
| Online | https://montecito.bank | |



Funds Availability Policy Update Effective July 1, 2020

**Effective July 1, 2020,** our Funds Availability Policy will change to the following: For checks that are not subject to next day availability, the amount that is immediately available for withdrawal will increase from $200 to $225. Additionally for large or new account deposits, the amount available for withdrawal on the second business day after the day of your deposit will increase from $5,000 to $5,525.

*Summary of Accounts*



### Privacy Policy

Federal law requires us to tell you how we collect, share and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at **montecito.bank**, or we will mail you a free copy upon request if you call us at **(805) 963-7511**.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Everyday Checking | XXXXXXXX8024 | $157.65 |


Member FDIC
EQUAL HOUSING LENDER

(22)



**Montecito**
**Bank & Trust**

### *Statement Ending 06/26/2020*

David Seymour      Page 3 of 4
Account Number:XXXXXXXX8024

## Everyday Checking-XXXXXXXX8024

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/29/2020 | Beginning Balance | $154.32 |
| | 8 Credit(s) This Period | $959.28 |
| | 24 Debit(s) This Period | $955.95 |
| 06/26/2020 | Ending Balance | $157.65 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/03/2020 | 700129204 ONLINE BANKING TRANSFER FROM 196002332 ON 6/03/20 AT 14:11 Funds Trans | $150.00 |
| 06/08/2020 | 700025518 ONLINE BANKING TRANSFER FROM 410072079 ON 6/08/20 AT 6:32 Funds Transf | $100.00 |
| 06/08/2020 | 700004500 ONLINE BANKING TRANSFER FROM 410072079 ON 6/07/20 AT 7:54 Funds Transf | $251.20 |
| 06/15/2020 | 700213010 ONLINE BANKING TRANSFER FROM 196002332 ON 6/13/20 AT 14:49 Funds Trans | $100.00 |
| 06/24/2020 | 700106811 ONLINE BANKING TRANSFER FROM 196002332 ON 6/24/20 AT 10:57 Funds Trans | $100.00 |
| 06/26/2020 | 700041395 ONLINE BANKING TRANSFER FROM 196002332 ON 6/26/20 AT 6:56 Funds Transf | $58.08 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 05/29/2020 | Transfer from * * * * * 2332 | $100.00 |
| 06/01/2020 | Transfer from * * * * * 2332 | $100.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 05/29/2020 | XX7034 PURCHASE EL RANCHO MARKET SOLVANG CA 00725284 937218 | $117.67 • |
| 06/01/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 214384 | $3.50 |
| 06/01/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 012392 | $3.50 |
| 06/01/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00832667 129475 | $3.50 |
| 06/01/2020 | XX3762 PURCHASE HLU* HULU 1212874 HULU.COM/BILL CA 69812058 521864  *ENTERTAINMENT* | $5.99 • |
| 06/01/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 958506 | $13.12 • |
| 06/01/2020 | XX3762 PURCHASE AMAZON.COM* M71J8 SEATTLE WA 00000101 1TPLDVUHNA29 | $22.62 |
| 06/01/2020 | XX3762 PURCHASE RITE AID STORE - SOLVANG CA 0001 450344 | $38.99 |
| 06/02/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 359870 | $23.50 • |
| 06/02/2020 | XX7034 PURCHASE EL RANCHO MARKET SOLVANG CA 00675980 479322 | $109.56 • |
| 06/05/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 020028 | $6.68 • |
| 06/08/2020 | XX3762 PURCHASE ALBERTSONS #332 BUELLTON CA 45880654 558210 | $13.58 • |
| 06/08/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 891707 | $25.99 • |
| 06/08/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00455088 522259 | $90.65 • |
| 06/08/2020 | XX7034 PURCHASE RITE AID STORE - SOLVANG CA 92973062 575167 | $127.53 |
| 06/10/2020 | XX3762 PURCHASE AMAZON.COM* MY978 SEATTLE WA 00000000 5ZN9OJ | $11.84 • |
| 06/15/2020 | XX3762 PURCHASE ALBERTSONS #332 BUELLTON CA 45880601 529873 | $21.00 • |
| 06/15/2020 | XX3762 PURCHASE AMAZON.COM* MY9W1 SEATTLE WA 00000101 QA9P8SC70L79 | $21.54 |
| 06/15/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 440242 | $25.15 • |
| 06/16/2020 | XX3762 PURCHASE AMAZON.COM* MS9E9 SEATTLE WA 00000101 3XT0FYKV44NJ | $15.06 • |
| 06/22/2020 | XX3762 PURCHASE AMAZON.COM* MS04L SEATTLE WA 00000101 6HKT1V1T3YI8 | $12.62 • |
| 06/24/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 49986401 015029 | $3.50 |
| 06/26/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00522010 877767 | $18.86 • |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 216 | 06/08/2020 | $220.00 |

\* Indicates skipped check number





**Montecito Bank & Trust**

MB&T Service Center
6950 Hollister Ave Suite 102
Goleta, CA 93117

RETURN SERVICE REQUESTED

DAVID SEYMOUR
ELLE M SEYMOUR
PO BOX 790
SANTA YNEZ CA 93460-0790

*House Acc Shared* (handwritten)

### Statement Ending 07/28/2020

David Seymour                                    Page 1 of 4
Account Number:XXXXXXXX8024

**How can we help you?**

| | | |
|---|---|---|
| Phone | (800) 348-0146 | |
| Mail | P.O. Box 2460 Santa Barbara, CA 93120-2460 | |
| Online | https://montecito.bank | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Everyday Checking | XXXXXXXX8024 | $21.28 |

## Everyday Checking-XXXXXXXX8024

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/27/2020 | Beginning Balance | $157.65 |
| | 11 Credit(s) This Period | $796.60 |
| | 32 Debit(s) This Period | $932.97 |
| 07/28/2020 | Ending Balance | $21.28 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/29/2020 | 700086954 ONLINE BANKING TRANSFER FROM 196002332 ON 6/27/20 AT 16:23 Funds Trans | $53.29 |
| 06/29/2020 | 700013184 ONLINE BANKING TRANSFER FROM 196002332 ON 6/28/20 AT 14:25 Funds Trans | $100.00 |
| 06/30/2020 | 700067675 ONLINE BANKING TRANSFER FROM 196002332 ON 6/30/20 AT 7:01 Funds Transf | $100.00 |
| 07/06/2020 | 700223130 ONLINE BANKING TRANSFER FROM 196002332 ON 7/04/20 AT 9:00 Funds Transf | $79.85 |
| 07/09/2020 | 700099406 ONLINE BANKING TRANSFER FROM 410072079 ON 7/09/20 AT 14:55 Funds Trans | $40.00 |
| 07/10/2020 | 700104574 ONLINE BANKING TRANSFER FROM 410072079 ON 7/09/20 AT 17:39 Funds Trans | $50.00 |
| 07/10/2020 | DEPOSIT | $100.00 |
| 07/13/2020 | 700016670 ONLINE BANKING TRANSFER FROM 196002332 ON 7/12/20 AT 17:32 Funds Trans | $25.00 |
| 07/15/2020 | 700106217 ONLINE BANKING TRANSFER FROM 196002332 ON 7/15/20 AT 7:58 Funds Transf | $100.00 |
| 07/20/2020 | 700014341 ONLINE BANKING TRANSFER FROM 196002332 ON 7/19/20 AT 15:23 Funds Trans | $78.46 |
| 07/27/2020 | 700222722 ONLINE BANKING TRANSFER FROM 196002332 ON 7/25/20 AT 17:42 Funds Trans | $70.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/29/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00525712 264702 | $10.06 |
| 06/29/2020 | XX3762 PURCHASE CVS/PHARMACY #09 Buellton CA 30997002 025814 | $13.54 |



Member FDIC




## Montecito
## Bank & Trust

**Statement Ending 07/28/2020**

David Seymour                                    Page 3 of 4
Account Number:XXXXXXXX8024

## Everyday Checking-XXXXXXXX8024 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|
| 06/29/2020 | XX7034 PURCHASE MICHAELS STORES LOMPOC CA 23048746 184949 | $25.27 |
| 06/29/2020 | XX3762 PURCHASE ALBERTSONS #332 BUELLTON CA 45880605 259988 | $101.72 |
| 06/29/2020 | XX3762 PURCHASE ALBERTSONS #332 BUELLTON CA 45880605 083503 | $121.78 |
| 06/30/2020 | XX3762 PURCHASE HLU* HULU 1212874 HULU.COM/BILL CA 71200396 408457 | $5.99 |
| 06/30/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00656689 901675 | $9.18 |
| 07/01/2020 | XX3762 PURCHASE AMAZON.COM* MS53H SEATTLE WA 00000000 66X9D7 | $19.07 |
| 07/03/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00865204 057481 | $3.50 |
| 07/03/2020 | XX3762 PURCHASE RITE AID STORE - SOLVANG CA 0006 265845 | $16.31 |
| 07/06/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00866409 935746 | $3.50 |
| 07/06/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00672904 237702 | $12.45 |
| 07/06/2020 | XX7034 PURCHASE EL RANCHO MARKET SOLVANG CA 00667187 100672 | $67.62 |
| 07/06/2020 | XX7034 PURCHASE EL RANCHO MARKET SOLVANG CA 00402865 366103 | $78.00 |
| 07/09/2020 | XX3762 PURCHASE PAYPAL * RESONANC San Jose CA 65206009 206009 | $36.64 |
| 07/10/2020 | XX3762 PURCHASE ALBERTSONS #332 BUELLTON CA 45880603 409070 | $32.19 |
| 07/13/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00690289 976227 | $19.20 |
| 07/13/2020 | XX3762 PURCHASE PIZZA SHACK SANTA YNEZ CA 55877150 250637 | $28.00 |
| 07/13/2020 | XX3762 PURCHASE SPRBALIFE 800301 800-3013257 CA 45058039 033187 | $29.95 |
| 07/13/2020 | 700156915 ONLINE BANKING TRANSFER TO 196002332 ON 7/11/20 AT 9:21 Funds Transfer | $45.00 |
| 07/14/2020 | XX3762 PURCHASE HARRYS 888-212-6 8882126855 NY 22700709 549728 | $16.16 |
| 07/16/2020 | XX7034 PURCHASE TOM'S GAS & MARK BUELLTON CA 01811801 314195 | $30.00 |
| 07/20/2020 | XX3762 PURCHASE VITAMIN AND HERB BUELLTON CA 19800197 243342 | $8.73 |
| 07/20/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00583319 002087 | $27.59 |
| 07/20/2020 | XX3762 PURCHASE ALBERTSONS #332 BUELLTON CA 45880653 631452 | $9.00 |
| 07/20/2020 | XX3762 PURCHASE CVS/PHARMACY #09 BUELLTON CA 56445414 418672 | $34.32 |
| 07/22/2020 | XX7034 PURCHASE RITE AID STORE - SOLVANG CA 62779853 177345 | $24.97 |
| 07/23/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00590410 148221 | $12.80 |
| 07/27/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00891137 218381 | $3.50 |
| 07/27/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00734262 906278 | $5.99 |
| 07/27/2020 | XX3762 PURCHASE EL RANCHO MARKET SOLVANG CA 00438824 839411 | $19.22 |
| 07/27/2020 | XX3762 PURCHASE LEONARDOS RISTOR SOLVANG CA 03800191 644451 | $81.72 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/29/2020 | $38.57 | 07/09/2020 | $6.16 | 07/16/2020 | $80.66 |
| 06/30/2020 | $123.40 | 07/10/2020 | $123.97 | 07/20/2020 | $79.48 |
| 07/01/2020 | $104.33 | 07/13/2020 | $26.82 | 07/22/2020 | $54.51 |
| 07/03/2020 | $84.52 | 07/14/2020 | $10.66 | 07/23/2020 | $41.71 |
| 07/06/2020 | $2.80 | 07/15/2020 | $110.66 | 07/27/2020 | $21.28 |

## Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**Montecito Bank & Trust**

9191

### Statement Ending 07/03/2020

MB&T Service Center
6950 Hollister Ave Suite 102
Goleta, CA 93117

**RETURN SERVICE REQUESTED**

Elle M Seymour
Account Number:XXXXXXXX9191

Page 1 of 4

ELLE M SEYMOUR
STAR ACCOUNT
PO BOX 790
SANTA YNEZ CA 93460-0790

**How can we help you?**

| | | |
|---|---|---|
| Phone | | (800) 348-0146 |
| Mail | | P.O. Box 2460 Santa Barbara, CA 93120-2460 |
| Online | | https://montecito.bank |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Everyday Checking | XXXXXXXX9191 | $369.68 |

## Everyday Checking-XXXXXXXX9191

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/04/2020 | Beginning Balance | $2,110.95 |
| | 1 Credit(s) This Period | $630.00 |
| | 26 Debit(s) This Period | $2,371.27 |
| 07/03/2020 | Ending Balance | $369.68 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 06/24/2020 | SSA TREAS 310 XXSOC SEC XXXXX8761A SSA | $630.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/05/2020 | XX0288 PURCHASE SENSORY SCOUT DO 8056696172 CA 99946571 231580 | $54.99 |
| 06/05/2020 | XX0288 PURCHASE SENSORY SCOUT 3 8056696172 CA 99160165 391564 | $79.85 |
| 06/05/2020 | XX0288 PURCHASE SENSORY SCOUT 2 8056696172 CA 99910858 014254 | $109.98 |
| 06/08/2020 | XX0288 PURCHASE RITE AID STORE - SOLVANG CA 92973070 971886 | $11.18 |
| 06/08/2020 | XX0288 PURCHASE VITAMIN AND HERB BUELLTON CA 15700027 049097 | $75.61 |
| 06/11/2020 | XX0288 PURCHASE Amazon Prime* MY2 Amzn.com/bill WA 71319211 603862 | $14.00 |
| 06/15/2020 | XX0288 PURCHASE VITAMIN AND HERB BUELLTON CA 16500129 694405 | $16.16 |
| 06/17/2020 | XX0288 PURCHASE EL RANCHO MARKET SOLVANG CA 00619866 709114 | $129.05 |
| 06/17/2020 | XX0288 PURCHASE MADONNA INN - RO 8055433000 CA 067052 f0 701075 | $367.74 |
| 06/18/2020 | XX0288 PURCHASE AMAZON.COM* MS8M5 SEATTLE WA 00000101 TX0WC225VTFI | $42.97 |
| 06/19/2020 | XX0288 PURCHASE AMAZON.COM* MS9LW SEATTLE WA 00000101 6PWFW77735QG | $27.90 |
| 06/22/2020 | XX0288 PURCHASE EL RANCHO MARKET SOLVANG CA 00631519 416773 | $44.74 |
| 06/22/2020 | XX0288 PURCHASE TRACTOR SUPPLY C BUELLTON CA 72642419 716677 | $74.82 |
| 06/25/2020 | XX0288 PURCHASE WALKFIT PLATINUM 877-2649243 CA 26841952 502842 | $32.22 |
| 06/29/2020 | XX0288 PURCHASE PORTFOLIO RECOV 800-772-1410 VA 01340404 627788 | $10.47 |
| 06/29/2020 | XX0288 PURCHASE KFC OF LOMPOC LOMPOC CA 00000142 858383 | $20.24 |
| 07/02/2020 | XX0288 PURCHASE ALLIVET 8775009944 FL 50603580 219994 | $151.28 |
| 07/03/2020 | XX0288 PURCHASE RITE AID STORE - SOLVANG CA 52844608 276228 | $11.67 |

### Other Debits

173.79

| Date | Description | Amount |
|---|---|---|
| 06/09/2020 | TRACTOR SUPPLY C PURCHASE 8691 BUELCA | $163.40 |



Member **FDIC**


(25)



Montecito
Bank & Trust

**Statement Ending 07/03/2020**

Elle M Seymour

Page 3 of 4

Account Number: XXXXXXXX9191

## Everyday Checking-XXXXXXXX9191 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 07/02/2020 | COASTHILLS CU TRANSFER 000000000133861 | $227.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 8687 | 06/22/2020 | $25.00 | 8689 | 06/05/2020 | $12.00 | 8692* | 06/11/2020 | $414.00 |
| 8688 | 06/08/2020 | $65.00 | 8690 | 06/04/2020 | $50.00 | 8693 | 06/22/2020 | $140.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/04/2020 | $2,060.95 | 06/15/2020 | $1,044.78 | 06/24/2020 | $822.56 |
| 06/05/2020 | $1,804.13 | 06/17/2020 | $547.99 | 06/25/2020 | $790.34 |
| 06/08/2020 | $1,652.34 | 06/18/2020 | $505.02 | 06/29/2020 | $759.63 |
| 06/09/2020 | $1,488.94 | 06/19/2020 | $477.12 | 07/02/2020 | $381.35 |
| 06/11/2020 | $1,060.94 | 06/22/2020 | $192.56 | 07/03/2020 | $369.68 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $170.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

26



**Montecito**
Bank & Trust

*9191*

**MB&T Service Center**
6950 Hollister Ave Suite 102
Goleta, CA 93117

**RETURN SERVICE REQUESTED**

ELLE M SEYMOUR
STAR ACCOUNT
PO BOX 790
SANTA YNEZ CA 93460-0790

**Statement Ending 08/03/2020**

Elle M Seymour
Account Number:XXXXXXXX9191

Page 1 of 4

**How can we help you?**

Phone (800) 348-0146

Mail P.O. Box 2460
Santa Barbara, CA
93120-2460

Online https://montecito.bank

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Everyday Checking | XXXXXXXX9191 | $1,129.21 |

## Everyday Checking-XXXXXXXX9191

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/04/2020 | Beginning Balance | $369.68 |
| | 4 Credit(s) This Period | $2,730.00 |
| | 22 Debit(s) This Period | $1,970.47 |
| 08/03/2020 | Ending Balance | $1,129.21 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/06/2020 | DEPOSIT | $800.00 |
| 07/13/2020 | DEPOSIT | $500.00 |
| 08/03/2020 | DEPOSIT | $800.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 07/22/2020 | SSA TREAS 310 XXSOC SEC XXXXX8761A SSA | $630.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 07/06/2020 | XX0288 PURCHASE LEONARDOS RISTOR SOLVANG CA 02948889 914046 | $49.33 |
| 07/06/2020 | XX0288 PURCHASE EL RANCHO MARKET SOLVANG CA 00667179 926055 | $80.00 |
| 07/08/2020 | XX0288 PURCHASE ISA* ISAGENIX WOR 877-8778111 AZ 21820827 644604 | $29.00 |
| 07/08/2020 | XX0288 PURCHASE Primal Health 88 877-300-7849 TX 41219582 665550 | $36.99 |
| 07/08/2020 | XX0288 PURCHASE JIM RICKARDS STR 844-2757460 MD 82983010 671127 | $79.00 |
| 07/08/2020 | XX0288 PURCHASE ISA* ISAGENIX WOR 877-8778111 AZ 21483386 641087 | $169.10 |
| 07/10/2020 | XX0288 PURCHASE RITE AID STORE - SOLVANG CA 01635086 889667 | $46.52 |
| 07/13/2020 | XX0288 PURCHASE Amazon Prime* MJ7 Amzn.com/bill WA 17288271 746340 | $14.00 |
| 07/13/2020 | XX0288 PURCHASE TRACTOR SUPPLY C BUELLTON CA 31366724 408447 | $59.21 |
| 07/14/2020 | XX0288 PURCHASE EL RANCHO MARKET SOLVANG CA 00420718 549911 | $43.14 |
| 07/20/2020 | XX0288 PURCHASE RITE AID STORE - SOLVANG CA 67018908 019004 | $38.80 |
| 07/20/2020 | XX0288 PURCHASE VITAMIN AND HERB BUELLTON CA 19900035 081938 | $45.24 |
| 07/23/2020 | XX0288 PURCHASE ENTIRELY PETS RX UNION CITY CA 89048687 915341 | $73.79 |
| 07/27/2020 | XX0288 PURCHASE ALLIVET 8775009944 FL 43182216 604227 | $159.69 |
| 07/28/2020 | XX0288 PURCHASE Amazon Prime* MV4 Amzn.com/bill WA 76445711 441307 | $14.00 |
| 07/28/2020 | XX0288 PURCHASE SANTA YNEZ FEED SANTA YNEZ CA 19046644 322529 | $37.26 |

*DINNER TAKE HOME*



Member
**FDIC**

*27*

 Montecito
Bank & Trust

**Statement Ending 08/03/2020**

Elle M Seymour

Account Number:XXXXXXXX9191

Page 3 of 4

## Everyday Checking-XXXXXXXX9191 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 07/29/2020 | XX0288 PURCHASE PORTFOLIO RECOV 800-772-1410 VA 01340651 883052 | $10.47 |
| 08/03/2020 | XX0288 PURCHASE Prime Video* MF3O 888-802-3080 WA 88814473 820997 | $2.99 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 07/07/2020 | BLUEMOUNTAIN ECARDPLUS 5997139 | $22.94 |
| 07/31/2020 | COASTHILLS CU TRANSFER 000000000133861 | $227.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|
| 8694 | 07/15/2020 | $572.00 | 8695 | 07/20/2020 | $160.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/06/2020 | $1,040.35 | 07/14/2020 | $1,040.45 | 07/27/2020 | $620.93 |
| 07/07/2020 | $1,017.41 | 07/15/2020 | $488.45 | 07/28/2020 | $569.67 |
| 07/08/2020 | $703.32 | 07/20/2020 | $224.41 | 07/29/2020 | $559.20 |
| 07/10/2020 | $656.80 | 07/22/2020 | $854.41 | 07/31/2020 | $332.20 |
| 07/13/2020 | $1,083.59 | 07/23/2020 | $780.62 | 08/03/2020 | $1,129.21 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $170.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

28

Union Bank - Statement

Page 1 of 2

 **Union**Bank

Close Window

*AUTO PAYMENTS ACC*

Statement for DAVID M SEYMOUR ELLE SEYMOUR         ☐ Important Statement Information

Date range: 06/26/20 - 07/28/20

Union Bank Essentials Checking Summary
Additions
Payments
Purchases
Other Withdrawals
Overdraft Fees
Cash Reserve Line of Credit Summary

DAVID M SEYMOUR
ELLE SEYMOUR
PO BOX 767
SANTA YNEZ CA 93460-0757

| Union Bank Essentials Checking Summary | | | Account Number ▮▮▮173 |
|---|---|---|---|
| Days in statement period: 33 | | | |
| Balance on 6/26 | $ | 222.79 | |
| Additions | | 2,396.00 | |
| Subtractions | | -2,402.84 | |
| Payments | -652.84 | | |
| Purchases | -225.00 | | |
| Other Withdrawals | -1,525.00 | | |
| Balance on 7/28 | $ | 215.95 | |
| Statement Average Ledger Balance | | 263.54 | |

We waived your service charge this statement period.

back to top

| Additions | | | | |
|---|---|---|---|---|
| Date | Description/Location | Reference | | Amount |
| 6/30 | OVERDRAFT FEE REVERSAL | 90300814 | $ | 60.00 |
| 7/7 | OFFICE DEPOSIT # 0000181083 | 76526947 | | 300.00 |
| 7/16 | SSA TREAS 310 XXSOC SEC PPD ************ASSA | 55530413 | | 2,036.00 |
| Total | | | $ | 2,396.00 |

back to top

| Payments online and electronic banking | | | | |
|---|---|---|---|---|
| Date | Description/Location | Reference | | Amount |
| 7/7 | ANTHEM BLUE MED SUPP WEB 9035909 | 50141275 | $ | 227.00 |
| 7/7 | ANTHEM BLUE MED SUPP WEB 8362280 | 50139245 | | 275.84 |
| 7/27 | FRANCHISE TAX BO PAYMENTS PPD ***********41PM | 59963975 | | 150.00 |
| Total | | | $ | 652.84 |

back to top

| Purchases ATM card and Debit card ™ purchases | | | | | |
|---|---|---|---|---|---|
| Date | Description/Location | Reference | | Amount | |
| ✳ 7/1 ** 27140311 | DDL*NUGENI 888-2285146 NC 888-2285146 NC | 72713814 | $ | 54.24 | *AUTO SHIP* |
| 7/20 27140311 | AMAZON.COM SEATTLE WA | 71789927 | | 18.85 | |
| 7/20** 27140311 | SAUNDERSMD 8059631824 CA 8059631824 CA | 73084096 | | 49.00 | *DR* |
| 7/20** 27140311 | SAUNDERSMD 8059631824 CA 8056631824 CA | 73084095 | | 49.00 | *DR* |
| ✳ 7/21** 27140311 | MINDWORKS 8888505287 CA 8888505287 CA | 73776909 | | 53.91 | *MEDS AUTO SHIP* |
| Total | | | $ | 225.00 | |
| ** Recurring Debit Card Payment | | | | | |

back to top

Union Bank - Statement

Page 2 of 2

**Other Withdrawals including fees and adjustments**

| Date | Description/Location | Reference | | Amount |
|------|---------------------|-----------|---|--------|
| 7/15 | WITHDRAWAL # 0004732598 | 78543418 | $ | 1,500.00 |
| 7/20 | CASH RESERVE AUTOMATIC PAYMENT | | | 25.00 |

*FOR HOUSE PAYMENT*

| Total | | | $ | 1,525.00 |
|-------|---|---|---|----------|

back to top

| Overdraft Fee Summary | Total for This Period | Total Year-to-Date |
|----------------------|----------------------|--------------------|
| Total Overdraft Fees (Overdraft Item Paid Fees) | $0.00 | $33.00 |
| Total Overdraft Item Returned Fees | $0.00 | $132.00 |

back to top

**Cash Reserve Line of Credit Summary**       Account Number ███ 1173

| Summary of Account Activity | | | Payment Information | | |
|------------------------------|---|---|---------------------|---|---|
| Previous Balance | $ | 472.47 | New Balance | $ | 454.94 |
| Payments | $ | - 25.00 | | | |
| Other Credits | $ | 0.00 | Past due payment(s): | $ | 0.00 |
| Advances | $ | 0.00 | Current payment amount: | $ | 25.00 |
| Other Debits | $ | 0.00 | | | |
| Fees Charged | $ | 0.00 | Minimum Payment Due | $ | 25.00 |
| Interest Charged | $ | 7.47 | Payment Due Date: | | 8/20/20 |
| New Balance | $ | 454.94 | | | |
| Credit Limit | $ | 500.00 | QUESTIONS? Call your banking office at the number provided on the first page of this statement. | | |
| Available Credit | $ | 45.06 | Please send billing inquiries and correspondence to the address provided on the first page of this statement. | | |
| Statement Closing Date | | 7/28/20 | | | |
| Days in billing cycle | | 33 | | | |

back to top

**Transactions**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | | Amount |
|------------------|-----------|-----------|--------------------------------------|---|--------|
| | 7/20 | 7/20 | CASH RESERVE AUTOMATIC PAYMENT | $ | - 25.00 |

**Fees**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | | Amount |
|------------------|-----------|-----------|--------------------------------------|---|--------|
| | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |

**Interest Charged**

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | | Amount |
|------------------|-----------|-----------|--------------------------------------|---|--------|
| | 7/28 | 7/28 | CASH RESERVE INTEREST CHARGE | $ | 7.47 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $ | 7.47 |

| 2020 Totals Year-to-Date | | |
|--------------------------|---|---|
| Total fees charged in 2020 | $ | 10.00 |
| Total Interest charged in 2020 | $ | 45.60 |

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| Principal Balance | 18.00% | $ 460.52 | $ 7.47 |

see: IMPORTANT STATEMENT INFORMATION

back to top



https://statements.unionbank.com/jsp/bhRetailStmtFormat.jsp

9/9/2020

Union Bank - Statement

Page 1 of 2

 **Union**Bank

Close Window

Statement for DAVID M SEYMOUR ELLE SEYMOUR

Important Statement Information

Date range: 07/29/20 - 08/26/20

Union Bank Essentials Checking Summary
Additions
Payments
Purchases
Other Withdrawals
Overdraft Fees
Cash Reserve Line of Credit Summary

DAVID M SEYMOUR
ELLE SEYMOUR
PO BOX 757
SANTA YNEZ CA 93460-0757

| Union Bank Essentials Checking Summary | | | Account Number | 173 |
|---|---|---|---|---|
| Days in statement period: 29 | | | | |
| Balance on 7/29 | $ | | 216.95 | |
| Additions | | | 2,680.00 | |
| Subtractions | | | -2,718.97 | |
| | Payments | -652.84 | | |
| | Purchases | -341.13 | | |
| | Other Withdrawals | -1,725.00 | | |
| Balance on 8/26 | $ | | 176.98 | |
| Statement Average Ledger Balance | | | 177.94 | |

We waived your service charge this statement period.

back to top

| Additions | | | | |
|---|---|---|---|---|
| Date | Description/Location | Reference | | Amount |
| 8/7 | OFFICE DEPOSIT # 0000329125 | 77269636 | $ | 350.00 |
| 8/18 | OFFICE DEPOSIT # 0000329188 | 78534905 | | 300.00 |
| 8/19 | SSA TREAS 310 XXSOC SEC PPD *********ASSA | 51494985 | | 2,030.00 |
| Total | | | $ | 2,680.00 |

back to top

| Payments  online and electronic banking | | | |
|---|---|---|---|
| Date | Description/Location | Reference | Amount |
| 8/7 | ANTHEM BLUE MED SUPP WEB 1586526 | 53712166 | $ 227.00 |
| 8/7 | ANTHEM BLUE MED SUPP WEB 1526647 | 53709908 | 275.84 |
| 8/26 | FRANCHISE TAX BG PAYMENTS PPD *********88PM | 59356998 | 150.00 |
| Total | | | $ 652.84 |

back to top

| Purchases  ATM card and Debit card ™ purchases | | | | |
|---|---|---|---|---|
| Date | Description/Location | Reference | | Amount |
| 7/31** 27140311 | DDL*NUGEN! 888-2285146 NC 888-2285146 NC | 72214991 | $ | 54.24 |
| 8/19** 27140311 | SAUNDERSMD 8059631824 CA 8059631824 CA | 72947666 | | 49.00 |
| 8/21** 27140311 | MINDWORKS 6888505287 CA 6888505287 CA | 70349939 | | 52.91 |
| 8/24 27140311 | RITE AID S 616 ALAMO PINTA SOLVANG CA | 71235636 | | 168.68 |
| 8/26 27140311 | EL RANCHO SOLVANG CA SOLVANG CA | 72925636 | | 14.17 |
| 8/26 27140311 | RITE AID S 616 ALAMO PINTA SOLVANG CA | 73812355 | | 2.13 |
| Total | | | $ | 341.13 |
| ** Recurring Debit Card Payment | | | | |

DR
MEDS
DIABETIC
INSULIN

 (31)

https://statements.unionbank.com/jsp/bhRetailStmtFormat.jsp

9/9/2020

Union Bank - Statement

Page 2 of 2

back to top

### Other Withdrawals  Including fees and adjustments

| Date | Description/Location | Reference | Amount |
|------|---------------------|-----------|--------|
| 8/18 | WITHDRAWAL # 0004907957 | 78534902 | $ 200.00 |
| 8/19 | WITHDRAWAL # 0004907956 | 75004263 | 1,500.00 |
| 8/20 | CASH RESERVE AUTOMATIC PAYMENT | | 25.00 |
| Total | | | $ 1,725.00 |

*HOUSE PAYMENT*

back to top

| Overdraft Fee Summary | Total for This Period | Total Year-to-Date |
|-----------------------|----------------------|--------------------|
| Total Overdraft Fees (Overdraft Item Paid Fees) | $0.00 | $33.00 |
| Total Overdraft Item Returned Fees | $0.00 | $132.00 |

back to top

### Cash Reserve Line of Credit Summary

Account Number ███173

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | $ | 454.94 |
| Payments | $ | -25.00 |
| Other Credits | $ | 0.00 |
| Advances | $ | 0.00 |
| Other Debits | $ | 0.00 |
| Fees Charged | $ | 0.00 |
| Interest Charged | $ | 6.31 |
| | | |
| New Balance | $ | 436.25 |
| Credit Limit | $ | 500.00 |
| Available Credit | $ | 63.75 |
| Statement Closing Date | | 8/26/20 |
| Days in billing cycle | | 29 |

| Payment Information | | |
|---|---|---|
| New Balance | $ | 436.25 |
| Past due payment(s): | $ | 0.00 |
| Current payment amount: | $ | 25.00 |
| | | |
| Minimum Payment Due | $ | 25.00 |
| Payment Due Date: | | 9/18/20 |

QUESTIONS? Call your banking office at the number provided on the first page of this statement.

Please send billing inquiries and correspondence to the address provided on the first page of this statement.

back to top

### Transactions

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | 8/20 | 8/20 | CASH RESERVE AUTOMATIC PAYMENT | $ -25.00 |

| | | | Fees | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | | | TOTAL FEES FOR THIS PERIOD | $ 0.00 |

| | | | Interest Charged | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| | 8/26 | 8/26 | CASH RESERVE INTEREST CHARGE | $ 6.31 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $ 6.31 |

| 2020 Totals Year-to-Date | | |
|---|---|---|
| Total fees charged in 2020 | $ | 10.00 |
| Total interest charged in 2020 | $ | 54.91 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Principal Balance | 18.00% | $ 443.23 | $ 6.31 |

IMPORTANT STATEMENT INFORMATION

back to top


(32)

# EXHIBIT K





09/16/2020

DAVID SEYMOUR
ELLE SEYMOUR
3077 SANTA YNEZ AVE
SANTA YNEZ, CA 93460

Property Address:   3077   SANTA YNEZ AVE
                    SANTA YNEZ, CA 93460

Loan Number: ████0120
RE:          Acknowledgment of Additional Documentation; Loss Mitigation Application
             Remains Incomplete

Dear Borrower(s):

In order to be evaluated for all loss mitigation options available to you, you must submit a complete Loss Mitigation Application, which consists of a completed Borrower Assistance Form and all documentation required by the owner of your loan, if applicable. This letter is to inform you that we received the documentation you submitted, but have determined that your Loss Mitigation Application is incomplete at this time. To complete your Loss Mitigation Application, you must submit all of the missing documents and information listed below by 10/16/2020.**

**DAVID SEYMOUR:**

- Please provide last year's full tax returns (business and personal) or the most recent signed and dated quarterly or year-to-date profit and loss statement AND the last 2 months' bank statements (business and personal).(P&L must be sign and dated and provide missing pages of provided bank statement and one more consecutive bank statement or Provide tax return.)

**ELLE SEYMOUR:**

- Please return the two most recent bank statements showing deposit amounts or award letters or other documentation showing the amount and frequency of the benefits.
- Please return the two most recent bank statements showing receipt of income or other documentation showing the amount and frequency of the income.

LM600Bv1

Page 1 of 4

RFI089





Documents may be submitted online at www.fayservicing.com; or you may send them to one of the following locations:

Email:  applications@fayservicing.com
Fax:    (312) 509-4794
Mail:   Attn: Applications
        Fay Servicing, LLC
        P.O. Box 814609
        Dallas, TX 75381-4609

We are unable to conduct an evaluation for all loss mitigation options available to you until we have received a complete Loss Mitigation Application. Therefore, it is essential that we receive all outstanding documentation as soon as possible to avoid delays. Please note that, while documents submitted as part of your Loss Mitigation Application are generally considered valid for ninety (90) days from the date of the applicable document, certain documents have varying expiration dates. For example, a Borrower Assistance Form is valid for ninety (90) days from the date of your signature unless it has already been used in the evaluation of a previous Loss Mitigation Application.

If we receive your complete Loss Mitigation Application timely, within thirty (30) days of receiving your complete Loss Mitigation Application, we will evaluate you for all loss mitigation options available to you and notify you in writing of our determination of which loss mitigation options, if any, we will offer you on behalf of the owner of your loan (the "Evaluation Letter"). You will be provided at least fourteen (14) days from the date of the Evaluation Letter to accept or reject any offered loss mitigation option.

**Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before a scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of Nevada, or Minnesota, all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least

LM600Bv1

RFI090





seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, all documents required to complete a loss mitigation application must be received at least five (5) business days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

Please note that submission of a complete Loss Mitigation Application does not guarantee approval for any (or a specific) loss mitigation option. If your loan is delinquent, any and all collection activities, including collection letters may continue. In addition, we may initiate foreclosure or continue with any existing foreclosure action. Once a complete loss mitigation application is received we will determine what, if any, foreclosure protections you may be entitled to. Finally, you should consider contacting the servicer(s) of any other mortgage loan(s) secured by the property to discuss available loss mitigation options.

If you are unable to provide the required documents or have any questions, please call me at my direct number below or call our toll-free number: 800-495-7166. Our regular business hours are 8:00 a.m. to 9:00 p.m. Monday through Thursday, 8:30 a.m. to 5:00 p.m. on Friday, and Saturday 10:00 a.m. to 4:00 p.m., Central Standard Time. All requests for information and notices of error must be submitted to: Fay Servicing, LLC, 901 S. 2nd Street, Suite 201, Springfield, IL 62704.

Sincerely,

Curtis Walker
Account Manager
Direct Phone: 312-429-2774
Fay Servicing, LLC

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. If you apply for a modification of a first lien mortgage loan, you have the right to receive a copy

LM600Bv1

RFI091





of all written appraisals developed in a connection with the application. Call today: 1-800-495-7166, our office hours are Monday – Thursday 8am – 9pm, Friday 8:30am – 5pm, and Saturday 10am – 4pm, CST.  NMLS ID #88244.

LM600Bv1

Page 4 of 4

RFI092