```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  DEC - 1 2021

            CENTRAL DISTRICT OF CALIFORNIA
            BY                      DEPUTY
```

Link #48

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SEYMOUR, an individual, and ELLE SEYMOUR, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FAY SERVICING, LLC, a Delaware limited liability company; FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-1666 PSG (ASx)<br><br>[~~PROPOSED~~] ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST FAY SERVICING, LLC WITH PREJUDICE<br><br>Honorable Philip S. Gutierrez |

Before this Court is the parties' Joint Stipulation to Dismiss Defendant Fay Servicing, LLC. ("Joint Stipulation"). Having reviewed the Joint Stipulation and being advised the parties have reached a confidential settlement agreement, it appears to the Court that good cause exists to grant the request.

Therefore, it is hereby **ORDERED AND ADJUDGED** that the parties' settlement is **APPROVED** by the Court.

**IT IS HEREBY FURTHER ORDERED THAT:**

(1) All claims made by Plaintiffs' against Fay Servicing, LLC are dismissed *with prejudice*, pursuant to Federal Rules of Civil Procedure, Rule 41;

(2) Any putative class claims are dismissed without prejudice; and

(3) The parties shall bear their costs and attorneys' fees as specified in the formal settlement and release agreement executed by the Parties.

DATED: 12/1/21

Honorable Philip S. Gutierrez
United States District Court Judge