FILED
CLERK, U.S. DISTRICT COURT
01/21/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

LINK 50

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SEYMOUR, an individual, and ELLE SEYMOUR, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FAY SERVICING, LLC, a Delaware limited liability company; FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:21-cv-1666 PSG (ASx)<br><br>[~~PROPOSED~~] ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST FIRST AMERICAN TITLE INSURANCE COMPANY WITH PREJUDICE<br><br>Honorable Philip S. Gutierrez |

Before this Court is the parties' Joint Stipulation to Dismiss Defendant FIRST AMERICAN TITLE INSURANCE COMPANY. ("Joint Stipulation"). Having reviewed the Joint Stipulation and being advised the parties have reached a confidential settlement agreement, it appears to the Court that good cause exists to grant the request.

Therefore, it is hereby **ORDERED AND ADJUDGED** that the parties' settlement is **APPROVED** by the Court.

**IT IS HEREBY FURTHER ORDERED THAT**:

(1)   All claims made by Plaintiffs' against FIRST AMERICAN TITLE INSURANCE COMPANY are dismissed *with prejudice*, pursuant to Federal Rules of Civil Procedure, Rule 41;

(2)   Any putative class claims are dismissed without prejudice; and

(3)   The parties shall bear their costs and attorneys' fees and costs.

DATED: 01/21/22

Honorable Philip S. Gutierrez
United States District Court Judge